UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DAMION PERRINE,<br><br>　　　　　Plaintiff,<br>　v.<br>SEGA OF AMERICA, INC., et al.,<br>　　　　　Defendants.<br>_____/ | No. C 13-1962 MEJ<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR CLASS CERTIFICATION**<br><br>**Re: Docket No. 4** |

On April 29, 2013, Plaintiff filed a Motion for Class Certification. Dkt. No. 4. As it fails to comply with the requirements of Civil Local Rule 7-2(a), Plaintiff's Motion is DENIED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: May 2, 2013

_____
Maria-Elena James
United States Magistrate Judge