Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DAMION PERRINE )
) Case No: 13-cv-01962
Plaintiff(s), )
)
v. ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
SEGA OF AMERICA, INC and ) **PRO HAC VICE**
GEARBOX SOFTWARE, LLC ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Rafey S. Balabanian, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Damion Perrine in the above-entitled action. My local co-counsel in this case is Sean Reis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

MY ADDRESS OF RECORD:
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654

LOCAL CO-COUNSEL'S ADDRESS OF RECORD:
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688

MY TELEPHONE # OF RECORD:
(312) 589-6370

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:
(714) 352-5200

MY EMAIL ADDRESS OF RECORD:
rbalabanian@edelson.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:
sreis@reisfirm.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 184044.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/04/12

Rafey S. Balabanian
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rafey S. Balabanian is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                              *October 2012*



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Rafey S. Balabanian
Edelson McGuire, LLC
350 North LaSalle Drive
Suite 1300
Chicago, IL 60654-7582

Chicago
Monday, February 04, 2013

In re: Rafey Sarkis Balabanian
Admitted: 11/10/2005
Attorney No. 6285687

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Darryl R. Evans
Deputy Registrar

DRE