Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DAMION PERRINE

Plaintiff(s),

v.

SEGA OF AMERICA, INC and GEARBOX SOFTWARE, LLC

Defendant(s).

Case No: 13-cv-01962

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Benjamin S. Thomassen, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Damion Perrine in the above-entitled action. My local co-counsel in this case is Sean Reis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 350 N. LaSalle Street, Suite 1300<br>Chicago, Illinois 60654 | 30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, California 92688 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 589-6370 | (714) 352-5200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bthomassen@edelson.com | sreis@reisfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6307169.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:

Benjamin S. Thomassen
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Benjamin S. Thomassen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 11, 2013

~~UNITED STATES DISTRICT~~ / MAGISTRATE JUDGE
Judge Maria-Elena James



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Benjamin S. Thomassen
Edelson LLC
350 North LaSalle Street, Suite 1300
Chicago, IL  60654

<u>Via Facsimile and United States Postal Service</u>

Chicago
Thursday, June 06, 2013

Re: Benjamin Scott Thomassen
Attorney No. 6307169

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Benjamin Scott Thomassen was admitted to the practice of law in Illinois on 11/10/2011 is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: [signature]
Daryl R. Evans
Deputy Registrar

DRE