1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:     650.988.8500
   Facsimile:     650.938.5200
6
   Attorneys for Defendants
7  SEGA OF AMERICA, INC. and
   GEARBOX SOFTWARE, L.L.C.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMION PERRINE, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE, L.L.C., a Texas limited liability company,<br><br>Defendants. | Case No.: 3:13-cv-01962-MEJ<br><br>**DEFENDANT SEGA OF AMERICA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date: August 1, 2013<br>Time: 10 a.m.<br>Courtroom: B, 15th Floor<br>Judge: Maria-Elena James |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

DEFENDANT SEGA CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS

Case No.: 3:13-cv-01962-MEJ

Pursuant to Civil L.R. 3-16, the undersigned counsel for defendant Sega of America, Inc. certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have any other kind of interest that could be substantially affected by the outcome of the proceeding: Sega of America, Inc. is a wholly-owned subsidiary of Sega Holdings U.S.A., Inc. which is in turn a wholly-owned subsidiary of Sega Corporation, which is in turn wholly-owned by Sega Sammy Holdings, Inc.

Dated:   June 14, 2013                           FENWICK & WEST LLP

                                                 By: /s/ *Rodger R. Cole*
                                                     Rodger R. Cole

                                                 Attorneys for Defendants
                                                 SEGA OF AMERICA, INC. and
                                                 GEARBOX SOFTWARE, L.L.C.

SF/5437178.1