UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| DAMION PERRINE,<br><br>               Plaintiff(s),<br>  v.<br>SEGA OF AMERICA ET AL,<br><br>               Defendant(s).<br>_____/ | No. C-13-01962 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

      The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1)  One or more of the parties has requested reassignment to a United States District Judge;

(2)  One or more of the parties has sought a kind of judicial action that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence; or

(3)  One or more of the parties has failed to respond to an order to file a consent to proceed before a Magistrate Judge.

      All previous hearing dates are hereby **VACATED.**

Dated: June 17, 2013

                                             Richard W. Wieking, Clerk
                                             United States District Court

                                             *Rose Maher*
                                             By: Rose Maher, Deputy Clerk