RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendants
SEGA OF AMERICA, INC. and
GEARBOX SOFTWARE, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMION PERRINE, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE, L.L.C., a Texas limited liability company,<br><br>Defendants. | Case No. 3:13-cv-01962-JSW<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE ON MOTION TO DISMISS COMPLAINT BY DEFENDANTS SEGA OF AMERICA, INC. AND GEARBOX SOFTWARE, L.L.C.**<br><br>Action Filed:    April 29, 2013 |

# STIPULATION

WHEREAS, on June 14, 2013, Defendants Sega of America and Gearbox Software, LLC (collectively, "Defendants") filed a duly noticed Motion to Dismiss Class Action Complaint in this matter;

WHEREAS, Plaintiff's opposition to Defendant's Motion will be filed by July 5, 2013, and Defendants' reply brief will be filed by July 12, 2013;

WHEREAS, Defendants' Motion was previously scheduled for a hearing on August 1, 2013 before the Honorable Magistrate Judge James;

WHEREAS, on June 18, 2013, this matter was reassigned to the Honorable Judge White and all previously scheduled hearing dates vacated (Dkt. # 18);

WHEREAS, pursuant to Civ. L.R. 7-2(a), a hearing may be scheduled for any date more than thirty-five days after service of a motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties through their counsel of record that: this motion shall be scheduled for hearing at 9:00 A.M. on either July 26, 2013, or August 23, 2013, whichever date is preferable to the Court.

Dated: June 20, 2013     FENWICK & WEST LLP

By:     /s/ Rodger R. Cole
            Rodger R. Cole

Attorney for Defendants
SEGA OF AMERICA, INC. and
GEARBOX SOFTWARE, L.L.C.

Dated: June 20, 2013     THE REIS LAW FIRM, A.P.C.

By:     /s/ Sean P. Reis
            Sean P. Reis

Attorney for Plaintiff
DAMION PERRINE

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the above noted signatories as indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: June 20, 2013

By:    /s/ Rodger R. Cole
       Rodger R. Cole

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED. Hearing in this matter is set for 9:00 A.M. on [July 26, 2013] / [August 23, 2013].

Dated: _____

The Honorable Jeffrey S. White
Judge of the United States District Court

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT STIP. AND [PROPOSED] ORDER
SETTING HEARING DATE ON SEGA MOTION
TO DISMISS CLASS ACTION COMPLAINT

3

CASE NO. 3:13-cv-01962-JSW