1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA 94041
5  Telephone:    650.988.8500
   Facsimile:    650.938.5200
6
   Attorneys for Defendants
7  SEGA OF AMERICA, INC. and
   GEARBOX SOFTWARE, L.L.C.
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

13  DAMION PERRINE, individually and on behalf        Case No. 3:13-cv-01962-JSW
    of a class of similarly situated persons,
14                                                    CLASS ACTION
                  Plaintiff,
15                                                    **JOINT STIPULATION AND
          v.                                          [PROPOSED] ORDER SETTING
16                                                    HEARING DATE ON MOTION TO
    SEGA OF AMERICA, INC., a California               DISMISS COMPLAINT BY
17  corporation, and GEARBOX SOFTWARE,                DEFENDANTS SEGA OF AMERICA,
    L.L.C., a Texas limited liability company,       INC. AND GEARBOX SOFTWARE,
18                                                    L.L.C.** AND CONTINUING CASE
                  Defendants.                         MANAGEMENT CONFERENCE
19
                                                      Action Filed:   April 29, 2013
20

21

22

23

24

25

26

27

28

   JOINT STIPULATION AND [PROPOSED]
   ORDER SETTING HEARING DATE ON                                      CASE NO. 3:13-cv-01962-JSW
   DEFENDANTS' MOTION TO DISMISS

# **STIPULATION**

WHEREAS, on June 14, 2013, Defendants Sega of America and Gearbox Software, LLC (collectively, "Defendants") filed a duly noticed Motion to Dismiss Class Action Complaint in this matter;

WHEREAS, Plaintiff's opposition to Defendant's Motion will be filed by July 5, 2013, and Defendants' reply brief will be filed by July 12, 2013;

WHEREAS, Defendants' Motion was previously scheduled for a hearing on August 1, 2013 before the Honorable Magistrate Judge James;

WHEREAS, on June 18, 2013, this matter was reassigned to the Honorable Judge White and all previously scheduled hearing dates vacated (Dkt. # 18);

WHEREAS, pursuant to Civ. L.R. 7-2(a), a hearing may be scheduled for any date more than thirty-five days after service of a motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties through their counsel of record that: this motion shall be scheduled for hearing at 9:00 A.M. on either July 26, 2013, or August 23, 2013, whichever date is preferable to the Court.

Dated: June 20, 2013

FENWICK & WEST LLP

By: /s/ Rodger R. Cole
Rodger R. Cole

Attorney for Defendants
SEGA OF AMERICA, INC. and
GEARBOX SOFTWARE, L.L.C.

Dated: June 20, 2013

THE REIS LAW FIRM, A.P.C.

By: /s/ Sean P. Reis
Sean P. Reis

Attorney for Plaintiff
DAMION PERRINE

JOINT STIP. AND [~~PROPOSED~~] ORDER
SETTING HEARING DATE ON SEGA MOTION
TO DISMISS CLASS ACTION COMPLAINT

2

CASE NO. 3:13-cv-01962-JSW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the above noted signatories as indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: June 20, 2013

By:     /s/ Rodger R. Cole
        Rodger R. Cole

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED. Hearing in this matter is set for 9:00 A.M. on [July 26, 2013] / [August 23, 2013]. The Court CONTINUES the case management conference set for August 9, 2013 to October 4, 2013 at 1:30 p.m. The joint case management conference statement is due on Sept. 27, 2013.

Dated: June 24, 2013

        /s/ Jeffrey S. White
The Honorable Jeffrey S. White
Judge of the United States District Court

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT STIP. AND [PROPOSED] ORDER
SETTING HEARING DATE ON SEGA MOTION    3    CASE NO. 3:13-cv-01962-JSW
TO DISMISS CLASS ACTION COMPLAINT