UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: October 11, 2013                                Time in Court: 4 minutes

JUDGE: JEFFREY S. WHITE                      Court Reporter: Lydia Zinn

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-13-1962 JSW

TITLE: Damion Perrine v. Sega of America, Inc., et al.,

COUNSEL FOR PLAINTIFF:           COUNSEL FOR DEFENDANT:
Chris Dore                                     Rodger Cole


PROCEEDINGS: Initial Case Management Conference


RESULTS:    The Court adopted the deadlines on page 9 lines 23 through page 10 line 13 of the parties
            Joint Case Management Statement with the following exceptions:

            Hearing on Motion for Class Certification: 8-15-14 at 9:00 a.m.
            Further Case Management Conference: 95-14 at 11:00 a.m.
            Joint Supplemental Case Management Statement due: 8-29-14