1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA  94041
5  Telephone:     650.988.8500
   Facsimile:     650.938.5200
6
   Attorneys for Defendants
7  SEGA OF AMERICA, INC. and
   GEARBOX SOFTWARE, L.L.C.
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12

13  JOHN LOCKE and DAMION PERRINE,        Case No. 3:13-cv-01962-JSW
    individually and on behalf of a class of similarly
14  situated persons,                     CLASS ACTION

15              Plaintiffs,               ANSWER TO FIRST AMENDED
                                          COMPLAINT
16       v.
                                          DEMAND FOR JURY TRIAL
17  SEGA OF AMERICA, INC., a California
    corporation, and GEARBOX SOFTWARE,
18  L.L.C., a Texas limited liability company,

19              Defendants.

20

21

22       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

23       Defendants Sega of America, Inc. ("Sega") and Gearbox Software, L.L.C. ("Gearbox")

24  (collectively, "Defendants") hereby answer Plaintiff John Locke ("Locke") and Damion Perrine's

25  ("Perrine") (collectively, "Plaintiffs") First Amended Complaint ("Amended Complaint").

26  Defendants deny each and every allegation in the Amended Complaint except as specifically

27  admitted or qualified below.

28  / / /

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**INTRODUCTION**

1.    Defendants deny the allegations in Paragraph 1 of the Amended Complaint.

2.    Defendants deny the allegations in Paragraph 2 of the Amended Complaint.

3.    Defendants deny the allegations in Paragraph 3 of the Amended Complaint.

4.    Defendants deny the allegations in Paragraph 4 of the Amended Complaint.

**JURISDICTION AND VENUE**

5.    Paragraph 5 of the Amended Complaint contains legal conclusions to which no response is required.  To the extent that a response is required, Defendants admit that this Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(d) and has personal jurisdiction over Defendants in this matter.  Defendants deny the remaining allegations in Paragraph 5 of the Amended Complaint, and deny that any improper conduct occurred in this or any other District.

6.    Paragraph 6 of the Amended Complaint contains legal conclusions to which no response is required.  To the extent that a response is required, Defendants admit that venue is proper in this District and that Defendant Sega resides in the District.  Defendants deny the remaining allegations of Paragraph 6 of the Amended Complaint and deny that any injury arose in this or any other District.

**PARTIES**

7.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the Amended Complaint and on that basis deny them.

8.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the Amended Complaint and on that basis deny them.

9.    Defendants admit the allegations of Paragraph 9 of the Amended Complaint.

10.    Defendants admit that Defendant Gearbox Software, L.L.C., is a limited liability company organized in and existing under the laws of the State of Texas with its principal place of business located at 101East Park Boulevard, Suite 1200, Plano, Texas, 75074.  Defendants deny the remaining allegations in Paragraph 10 of the Amended Complaint.

Fenwick & West LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**INTRADISTRICT ASSIGNMENT**

11.     Paragraph 11 of the Amended Complaint contains legal conclusions to which no response is required.   To the extent that a response is required, Defendants admit that assignment to the San Francisco or Oakland divisions is proper in this matter based solely on the allegations as pleaded.  Defendants deny that any misconduct or wrongdoing by Defendants led to injury in any county within this District.

**FACTUAL BACKGROUND**

12.     Defendants admit the allegations of Paragraph 12 of the Amended Complaint.

13.     Defendants admit that in some circumstances, some video game publishers and some developers may have many choices as to how to advertise and showcase their new releases, which may or may not include, *inter alia*, those listed in Paragraph 13 of the Amended Complaint.  Defendants deny the remaining allegations of Paragraph 13 of the Amended Complaint.

14.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Amended Complaint and on that basis deny them.

15.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the Amended Complaint and on that basis deny them.

16.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 of the Amended Complaint and on that basis deny them.

17.     Defendants deny the allegations in Paragraph 17 of the Amended Complaint.

18.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 of the Amended Complaint and on that basis deny them.

19.     Defendants admit that Aliens: Colonial Marines was marketed as a sequel to James Cameron's 1986 film *Aliens*.  Defendants admit that Aliens: Colonial Marines was developed by Defendant Gearbox and was published by Defendant Sega.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19 of the Amended Complaint and on that basis deny them.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

20.     Defendants admit that on December 11, 2006, Defendant Sega announced that multiple game titles relating to the film *Aliens* were in pre-production.  Defendants further admit that at that time, Defendant Sega announced that the first of those games would be released in 2009.  Defendants lack knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 20, and on that basis deny them.

21.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the Amended Complaint and on that basis deny them.

22.     Defendants deny the allegations in Paragraph 22 of the Amended Complaint.

23.     Defendants deny the allegations in Paragraph 23 of the Amended Complaint.

24.     Defendants deny the allegations in Paragraph 24 of the Amended Complaint.

25.     Defendants deny the allegations in Paragraph 25 of the Amended Complaint.

26.     Defendants deny the allegations in Paragraph 26 of the Amended Complaint.

27.     Defendants deny the allegations in Paragraph 27 of the Amended Complaint.

28.     Defendants admit that a gameplay demonstration may consist of the game being played by a Sega or Gearbox representative before an audience. Defendants deny the remaining allegations in Paragraph 28 of the Amended Complaint.

29.     Defendants deny the allegations in Paragraph 29 of the Amended Complaint.

30.     Defendants admit that they showed several gameplay demonstrations of Aliens: Colonial Marines behind closed doors at the E3 Conference in June of 2011and admit that the E3 Conference is large and widely publicized. Defendants deny the remaining allegations in Paragraph 30 of the Amended Complaint.

31.     Defendants admit that at least one of the demonstrations shown behind closed doors at E3 was accompanied by live narration by Randy Pitchford.  Defendants deny the remaining allegations of Paragraph 31 of the Amended Complaint.

32.     Defendants admit that gameplay demonstrations at E3 2011 displayed a "Work in Progress" watermark.  Defendants deny the remaining allegations in Paragraph 32 of the Amended Complaint.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

33. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the Amended Complaint and on that basis deny them.

34. Defendants deny the allegations of Paragraph 34 of the Amended Complaint.

35. Defendants deny the allegations of Paragraph 35 of the Amended Complaint.

36. Defendants admit that they showed gameplay demonstrations of Aliens: Colonial Marines at Gamescom 2011 and Penny Arcade Expo ("PAX") 2011. Defendants deny the remaining allegations of Paragraph 36 of the Amended Complaint.

37. Defendants admit that Defendant Sega uploaded a 2011 E3 demonstration and accompanying narration to the official Sega YouTube channel. Defendants admit that the demonstration was available through the time of the game's public release and remained available through the time of the filing of the Amended Complaint. Defendants deny the remaining allegations of Paragraph 37 of the Amended Complaint.

38. Defendants admit that they showed gameplay demonstrations of Aliens: Colonial Marines at the Destination PlayStation event in February 2012 and at PAX East in April of 2012. Defendants deny the remaining allegations in Paragraph 38 of the Amended Complaint.

39. Defendants deny the allegations in Paragraph 39 of the Amended Complaint.

40. Defendants admit that they showed gameplay demonstrations at E3 and PAX in 2012. Defendants admit that these demonstrations showcased the multi-player mode of the game, but deny that they showcased any other mode, including the single-player mode. Defendants deny the remaining allegations of Paragraph 40 of the Amended Complaint.

41. Defendants deny the allegations in Paragraph 41 of the Complaint.

42. Defendant Sega admits that no short-form videos of Aliens: Colonial Marines contained any marks or footage indicating that they were created by the alleged "Demo Engine," because any such mark or footage would be false as no "Demo Engine" was used. Defendant Sega admits that the phrase "This Trailer is Shot with 100% In-Game Footage" appears before the suspense trailer on Defendant Sega's website and YouTube channel. Defendant Sega admits that these trailers were available before the public release of Aliens: Colonial Marines and remained available at the time the Amended Complaint was filed. Defendant Sega denies the

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

remaining allegations in Paragraph 42 of the Amended Complaint.  Defendant Gearbox lacks sufficient information to admit or deny the allegations in Paragraph 42 of the Amended Complaint and on that basis denies them.

43.     Defendants deny the allegations in Paragraph 43 of the Amended Complaint.

44.     Defendants deny the allegations in Paragraph 44 of the Amended Complaint.

45.     Defendants deny the allegations in Paragraph 45 of the Amended Complaint.

46.     Defendants admit that for all gameplay demonstrations in or after 2012, disclaimers were made through means other than an on-screen "work in progress" watermark. Defendants deny the remaining allegations in Paragraph 46 of the Amended Complaint.

47.     Defendants deny the allegations in Paragraph 47 of the Amended Complaint.

48.     Defendants deny the allegations in Paragraph 48 of the Amended Complaint.

49.     Defendants deny the allegations in Paragraph 49 of the Amended Complaint.

50.     Defendants deny the allegations in Paragraph 50 of the Amended Complaint.

51.     Defendants admit Aliens: Colonial Marines was publicly released on February 12, 2013.  Defendants lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 51 of the Amended Complaint, and on that basis deny them.

52.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the Amended Complaint and on that basis deny them.

53.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 of the Amended Complaint and on that basis deny them.

54.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 of the Amended Complaint and on that basis deny them.

55.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 of the Amended Complaint and on that basis deny them.

56.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 of the Amended Complaint and on that basis deny them.

57.     Defendants deny the allegations in Paragraph 57 of the Amended Complaint.

58.     Defendants deny the allegations in Paragraph 58 of the Amended Complaint.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

59.     Defendants deny the allegations in Paragraph 59 of the Amended Complaint.

60.     Defendants deny the allegations in Paragraph 60 of the Amended Complaint.

61.     Defendants deny the allegations in Paragraph 61 of the Amended Complaint.

62.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 of the Amended Complaint and on that basis deny them.

63.     Defendants admit that they did not, at any time, tell the public that the gameplay demonstrations of Aliens: Colonial Marines were created using a separate "Demo Engine" because any such statement would not be true; the concept of a separate "Demo Engine" is false. Defendants deny the remaining allegations in Paragraph 63 of the Amended Complaint.

64.     Defendant Sega admits that it did not provide critics or industry reviewers with permission to review on Aliens: Colonial Marines in advance of its release date.  Defendant Sega denies the remaining allegations in Paragraph 64 of the Amended Complaint.  Defendant Gearbox lacks sufficient knowledge to admit or deny that allegations in Paragraph 64 of the Amended Complaint and on that basis denies them.

65.     Defendants deny the allegations in Paragraph 65 of the Amended Complaint.

66.     Defendants deny the allegations in Paragraph 66 of the Amended Complaint.

67.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 of the Amended Complaint and on that basis deny them.

68.     Defendants deny the allegations in Paragraph 68 of the Amended Complaint.

69.     Defendant Sega admits that it included language in advertisements on European advertising channels stating that "the trailers depict footage of the demo versions of the game." Defendants deny the remaining allegations in Paragraph 69 of the Amended Complaint.

70.     Defendant Sega admits that it continues to advertise Aliens: Colonial Marines. Defendant Sega denies the remaining allegations of Paragraph 70 of the Amended Complaint. Defendant Gearbox lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 70 of the Amended Complaint and on that basis denies them.

71.     Defendants deny the allegations in Paragraph 71 of the Amended Complaint.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

## FACTS RELATING TO PLAINTIFF JOHN LOCKE

72.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 of the Amended Complaint and on that basis deny them.

73.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73 of the Amended Complaint and on that basis deny them.

74.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74 of the Amended Complaint and on that basis deny them.

75.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75 of the Amended Complaint and on that basis deny them.

76.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76 of the Amended Complaint and on that basis deny them.

77.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 of the Amended Complaint and on that basis deny them.

78.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 of the Amended Complaint and on that basis deny them.

79.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 of the Amended Complaint and on that basis deny them.

80.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 of the Amended Complaint and on that basis deny them.

81.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 of the Amended Complaint and on that basis deny them.

82.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 of the Amended Complaint and on that basis deny them.

83.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83 of the Amended Complaint and on that basis deny them.

84.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84 of the Amended Complaint and on that basis deny them.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

**FENWICK & WEST LLP**
ATTORNEYS AT LAW
MOUNTAIN VIEW

## FACTS RELATING TO PLAINTIFF DAMION PERRINE

85. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 of the Amended Complaint and on that basis deny them.

86. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 of the Amended Complaint and on that basis deny them.

87. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 of the Amended Complaint and on that basis deny them.

88. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 of the Amended Complaint and on that basis deny them.

89. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 of the Amended Complaint and on that basis deny them.

90. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90 of the Amended Complaint and on that basis deny them.

91. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91 of the Amended Complaint and on that basis deny them.

92. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92 of the Amended Complaint and on that basis deny them.

93. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93 of the Amended Complaint and on that basis deny them.

94. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94 of the Amended Complaint and on that basis deny them.

95. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95 of the Amended Complaint and on that basis deny them.

96. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 of the Amended Complaint and on that basis deny them.

97. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97 of the Amended Complaint and on that basis deny them.

98.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98 of the Amended Complaint and on that basis deny them.

99.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99 of the Amended Complaint and on that basis deny them.

100.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100 of the Amended Complaint and on that basis deny them.

## CLASS ALLEGATIONS

101.    Paragraph 101 of the Amended Complaint contains legal conclusions to which no response is required.  To the extent that a response is required, Defendants deny that class treatment is appropriate.  Defendants admit that Plaintiffs purport to bring this action on behalf of the class described, but deny all remaining allegations of Paragraph 101.

102.    Paragraph 102 of the Amended Complaint contains legal conclusions to which no response is required.  To the extent that a response is required, Defendants deny that class treatment is appropriate and deny the allegations of Paragraph 102.

103.    Paragraph 103 of the Amended Complaint contains legal conclusions to which no response is required.  To the extent that a response is required, Defendants admit that thousands of consumers pre-ordered *Aliens: Colonial Marines*.  Defendants deny that class treatment is appropriate and deny the remaining allegations in Paragraph 103.

104.    Paragraph 104 of the Amended Complaint contains legal conclusions to which no response is required.  To the extent that a response is required, Defendants deny that class treatment is appropriate and deny the remaining allegations of Paragraph 104.

105.    Paragraph 105 of the Amended Complaint contains legal conclusions to which no response is required.  To the extent that a response is required, Defendants deny that class treatment is appropriate and deny the remaining allegations of Paragraph 105.

106.    Paragraph 106 of the Amended Complaint contains legal conclusions to which no response is required.  To the extent that a response is required, Defendants deny that class treatment is appropriate and deny the remaining allegations of Paragraph 106.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

107.    Paragraph 107 of the Amended Complaint contains legal conclusions to which no response is required.  To the extent that a response is required, Defendants deny that class treatment is appropriate and deny the remaining allegations of Paragraph 107.

108.    Paragraph 108 of the Amended Complaint contains legal conclusions to which no response is required.  To the extent that a response is required, Defendants deny that class treatment is appropriate and deny the remaining allegations of Paragraph 108.

109.    Paragraph 109 of the Amended Complaint contains legal conclusions to which no response is required.  To the extent that a response is required, Defendants deny that class treatment is appropriate and deny the remaining allegations of Paragraph 109.

## **FIRST CAUSE OF ACTION**

110.    Defendants incorporate by reference their responses to Paragraphs 1-102 as if set forth fully herein.

111.    Paragraph 111 of the Amended Complaint contains legal conclusions to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 111 of the Amended Complaint.

112.    Defendants admit the allegations in Paragraph 112 of the Amended Complaint.

113.    Paragraph 113 of the Amended Complaint contains legal conclusions to which no response is required.  To the extent that a response is required, Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113 and on that basis deny them.

114.    Paragraph 114 of the Amended Complaint contains legal conclusions to which no response is required.  To the extent that a response is required, Defendants deny the allegations in Paragraph 114 of the Amended Complaint.

115.    Defendants deny the allegations in Paragraph 115 of the Amended Complaint.

116.    Defendants deny the allegations in Paragraph 116 of the Amended Complaint.

117.    Defendants deny the allegations in Paragraph 117 of the Amended Complaint.

118.    Defendants deny the allegations in Paragraph 118 of the Amended Complaint.

119.    Defendants deny the allegations in Paragraph 119 of the Amended Complaint.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

120. Defendants deny the allegations in Paragraph 120 of the Amended Complaint.

121. Defendants deny the allegations in Paragraph 121 of the Amended Complaint.

122. Defendants deny the allegations in Paragraph 122 of the Amended Complaint.

123. Defendants deny the allegations in Paragraph 123 of the Amended Complaint.

124. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124 of the Amended Complaint and on that basis deny them.

125. Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 of the Amended Complaint and on that basis deny them.

126. Defendants deny the allegations in Paragraph 126 of the Amended Complaint.

127. Defendants deny the allegations in Paragraph 127 of the Amended Complaint.

128. Defendants deny the allegations in Paragraph 128 of the Amended Complaint.

129. Defendants admit that Plaintiffs seek an injunction under the CLRA and disclaim any claim for damages under the CLRA. Defendants deny that injunctive or any other relief is appropriate, and deny all remaining allegations of Paragraph 129.

## SECOND CAUSE OF ACTION

130. Defendants incorporate by reference their responses to Paragraphs 1-129 as if set forth fully herein.

131. Paragraph 131 of the Amended Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 131 of the Amended Complaint.

132. Paragraph 132 of the Amended Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 132 of the Amended Complaint.

133. Defendants deny the allegations in Paragraph 133 of the Amended Complaint.

134. Defendants deny the allegations in Paragraph 134 of the Amended Complaint.

135. Defendants deny the allegations in Paragraph 135 of the Amended Complaint.

136. Defendants deny the allegations in Paragraph 136 of the Amended Complaint.

137. Defendants deny the allegations in Paragraph 137 of the Amended Complaint.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

138.    Defendants deny the allegations in Paragraph 138 of the Amended Complaint.

139.    Defendants deny the allegations in Paragraph 139 of the Amended Complaint.

140.    Defendants deny the allegations in Paragraph 140 of the Amended Complaint.

141.    Defendants admit that Plaintiffs seek the relief described in Paragraph 141 of the Amended Complaint.  Defendants deny that such relief is appropriate and deny the remaining allegations in Paragraph 141.

**THIRD CAUSE OF ACTION**

142.    Defendants incorporate by reference their responses to Paragraphs 1-141 as if set forth fully herein.

143.    Defendant Sega admits that it engaged in advertising and marketing to the public, and offered Aliens: Colonial Marine for sale on a nationwide basis, including in California. Defendant Sega deny the remaining allegations in Paragraph 143 of the Amended Complaint. Defendant Gearbox denies the allegations in Paragraph 143 of the Amended Complaint.

144.    Defendants deny the allegations in Paragraph 144 of the Amended Complaint.

145.    Defendants deny the allegations in Paragraph 145 of the Amended Complaint.

146.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146 of the Amended Complaint and on that basis deny them.

147.    Defendants deny the allegations in Paragraph 147 of the Amended Complaint.

148.    Defendants admit that Plaintiffs seek the relief described in Paragraph 148 of the Amended Complaint.  Defendants deny that such relief is appropriate and deny the remaining allegations in Paragraph 148.

**FOURTH CLASS OF ACTION**

149.    Defendants incorporate by reference their responses to Paragraphs 1-148 as if set forth fully herein.

150.    Defendants deny the allegations in Paragraph 150 of the Amended Complaint.

151.    Defendants deny the allegations in Paragraph 151 of the Amended Complaint.

152.    Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152 of the Amended Complaint and on that basis deny them.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

153.     Paragraph 153 of the Amended Complaint contains legal conclusions to which no response is required. To the extent that a response is required, Defendants deny the allegations in Paragraph 153 of the Amended Complaint.

154.     Defendants deny the allegations in Paragraph 154 of the Amended Complaint.

155.     Defendants deny the allegations in Paragraph 155 of the Amended Complaint.

156.     Defendants admit that Plaintiffs seek the relief described in Paragraph 156 of the Amended Complaint.  Defendants deny that such relief is appropriate and deny the remaining allegations in Paragraph 156.

### FIFTH CAUSE OF ACTION

157.     Defendants incorporate by reference their responses to Paragraphs 1-157 as if set forth fully herein.

158.     Defendants deny the allegations in Paragraph 158 of the Amended Complaint.

159.     Defendants deny the allegations in Paragraph 159 of the Amended Complaint.

160.     Defendants deny the allegations in Paragraph 160 of the Amended Complaint.

161.     Defendants deny the allegations in Paragraph 161 of the Amended Complaint.

162.     Defendants deny the allegations in Paragraph 162 of the Amended Complaint.

163.     Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163 of the Amended Complaint and on that basis deny them.

164.     Defendants deny the allegations in Paragraph 164 of the Amended Complaint.

165.     Defendants deny the allegations in Paragraph 165 of the Amended Complaint.

### SIXTH CAUSE OF ACTION

166.     Defendants incorporate by reference their responses to Paragraphs 1-165 as if set forth fully herein.

167.     Defendants deny the allegations in Paragraph 167 of the Amended Complaint.

168.     Defendants deny the allegations in Paragraph 168 of the Amended Complaint.

169.     Defendants deny the allegations in Paragraph 169 of the Amended Complaint.

170.     Defendants deny the allegations in Paragraph 170 of the Amended Complaint.

171.     Defendants deny the allegations of Paragraph 171 of the Amended Complaint.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

172.   Defendants deny the allegations in Paragraph 172 of the Amended Complaint.

173.   Defendants deny the allegations in Paragraph 173 of the Amended Complaint.

174.   Defendants deny the allegations in Paragraph 174 of the Amended Complaint.

175.   Defendants deny the allegations in Paragraph 175 of the Amended Complaint.

## PRAYER FOR RELIEF

176.   Defendants deny that Plaintiffs are entitled to any relief sought in the First Amended Complaint.  The above answers are based on the information currently available to Defendants, and Defendants reserve the right to amend those answers based on information later discovered, offered, or pled.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Amended Complaint fails to state sufficient facts to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' Amended Complaint fails to allege that Defendants sold "goods" as that term is defined by the Consumer Legal Remedies Act, and therefore has failed to state a cause of action under that statute.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs knowingly entered into an End User Licensing Agreement with Defendant Sega that bars their claims in whole or in part.

### FOURTH AFFIRMATIVE DEFENSE

Defendants expressly disclaimed any express or implied warranties as to the content of Aliens: Colonial Marines. Therefore Plaintiffs' warranty claims are barred in whole or in part.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs are estopped by their own acts and omissions from recovering against Defendants for the claims asserted in the Amended Complaint.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

## SIXTH AFFIRMATIVE DEFENSE

The Amended Complaint, and each claim contained therein, are barred pursuant to the equitable doctrine of waiver.

## SEVENTH AFFIRMATIVE DEFENSE

Defendants are not liable for compensatory, statutory, or special damages to the extent claimed now or in the future.

## EIGHTH AFFIRMATIVE DEFENSE

The above defenses and affirmative defenses are based on the facts and information currently known to Defendants.   Defendants reserve the right to amend or add defenses or affirmative defenses based on facts later discovered, pleaded, or offered.  Defendants' exclusion of matters for which Plaintiff bears the burden of proof from this Answer should not be construed as a waiver of Defendants' right and ability to contest such matters in the future, including without limitation the propriety of class certification under Federal Rule of Civil Procedure 23.

WHEREFORE, answering Defendants Sega of America, Inc., and Gearbox Software, L.L.C, pray for judgment as follows:

1.    That Plaintiffs take nothing by way of their Amended Complaint and that judgment be entered in favor of Defendants;

2.    That answering Defendants recover their costs of suit incurred herein, including reasonable attorneys' fees; and

3.   For such other and further relief as this Court deems proper and just.

Dated:   October 31, 2013          FENWICK & WEST LLP


By: */s/ Rodger R. Cole*_____
     Rodger R. Cole

Attorneys for Defendants
SEGA OF AMERICA, INC. and
GEARBOX SOFTWARE, L.L.C.

ANSWER TO FIRST AMENDED CLASS          16          CASE NO. 3:13-cv-01962-JSW
ACTION COMPLAINT