| | |
|---|---|
| 1 | SEAN P. REIS (SBN 184044) |
| 2 | sreis@edelson.com<br>EDELSON P.C. |
| 3 | 30021 Tomas Street, Suite 300<br>Rancho Santa Margarita, California 92688 |
| 4 | Telephone: (949) 459-2124 |
| 5 | RAFEY S. BALABANIAN*<br>(rbalabanian@edelson.com) |
| 6 | CHRISTOPHER L. DORE*<br>(cdore@edelson.com) |
| 7 | BENJAMIN S. THOMASSEN*<br>(bthomassen@edelson.com) |
| 8 | EDELSON P.C.<br>350 North LaSalle, Suite 1300 |
| 9 | Chicago, Illinois 60654<br>Telephone: (312) 589-6370 |
| 10 | Facsimile: (312) 589-6378 |
| 11 | *Pro hac vice |
| 12 | Attorneys for Plaintiffs John Locke and Damion Perrine |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| JOHN LOCKE and DAMION PERRINE, individually and on behalf of a class of similarly situated persons,<br><br>*Plaintiff*,<br><br>v.<br><br>SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE, L.L.C., a Texas limited liability company,<br><br>*Defendants*. | | Case No. 13-cv-01962-JSW<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

TO:   The Clerk of the Court and all Parties of Record.

**PLEASE TAKE NOTICE THAT** effective October 24, 2013, Edelson LLC and Edelson LLP have changed their names to Edelson P.C. All future references to the firm in this matter

1  should be to Edelson P.C. The firm's and its lawyers' addresses, phone numbers, facsimile numbers
2  and email addresses have not been affected by the name change and will remain the same.

3  Respectfully submitted,

4  **EDELSON P.C.**,

5  Dated: December 27, 2013    By: s/ Benjamin S. Thomassen

6  BENJAMIN S. THOMASSEN (*Pro Hac Vice*)
   bthomassen@edelson.com
7  EDELSON P.C.
   350 North LaSalle Street, Suite 1300
8  Chicago, Illinois 60654
   Telephone: (312) 589-6370

9

10  SEAN P. REIS (SBN 184044)
    sreis@edelson.com
    EDELSON P.C.
11  30021 Tomas Street, Suite 300
    Rancho Santa Margarita, California 92688
12  Telephone: (949) 459-2124