1  Mark Eisen (SBN - 289009)
   meisen@edelson.com
2  EDELSON PC
   555 West Fifth Street, 31st Floor
3  Los Angeles, California 90013
   Tel: 213.533.4100
4  Fax: 213.947.4251

5  Rafey S. Balabanian (Admitted *Pro Hac Vice*)
   rbalabanian@edelson.com
6  Christopher L. Dore (Admitted *Pro Hac Vice*)
   cdore@edelson.com
7  Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
   bthomassen@edelson.com
8  EDELSON PC
   350 North LaSalle Street, Suite 1300
9  Chicago, Illinois 60654
   Tel: 312.589.6370
10 Fax: 312.589.6378

11 *Attorneys for Plaintiffs John Locke and Damion Perrine and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LOCKE and DAMION PERRINE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SEGA OF AMERICA, INC. a California corporation, and GEARBOX SOFTWARE L.L.C., a Texas limited liability company,<br><br>*Defendants*. | Case No. 13-cv-01962-JSW<br><br>**JOINT STATUS REPORT AND STIPULATION TO EXTEND CASE DEADLINES PENDING SETTLEMENT NEGOTIATIONS**<br><br>Judge: Hon. Jeffrey S. White<br>Action Filed: April 29, 2013 |

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs John Locke and Damion Perrine (the "Plaintiffs") and Defendants Sega of America, Inc. and Gearbox Software L.L.C. (the "Defendants," together the "Parties"), by and through their undersigned counsel, hereby submit the following joint status report to provide context for their stipulation to continue the current schedule of case deadlines, subject to the Court's approval, as set forth below.

While there have been significant developments in the case to date, the Parties now require a ninety (90) day extension of the current case schedule so as to continue their efforts to mediate and potentially resolve the litigation and, to the extent resolution does not occur, engage in the discovery necessary to address the issues of class certification and the merits of the case. Thus, in support of their stipulation and to apprise the Court of the current status of this case, the parties state as follows:

**I.  Case Developments.**

On October 11, 2013, the Parties attended an Initial Case Management Conference ("CMC"), during which the Court adopted, with limited exceptions, the deadlines proposed in the Parties' Joint Case Management Statement. (Dkt. No. 42.) Since that time, there have been several developments in the case both in terms of advancing the litigation, as well as attempts to settle the lawsuit. With respect to the litigation, following the CMC, the Parties immediately proceeded with discovery, with Plaintiffs propounding interrogatories and requests for documents on October 4, 2013, Defendants serving notices of deposition for both Mr. Locke and Mr. Perrine on October 14, 2013, and both Parties exchanging their initial disclosures on October 30, 2013.

At the same time that they advanced the litigation, the Parties concurrently discussed the possibility of resolving the case. To that end, in October/November of last year, the Parties scheduled an in-person mediation before Hon. Rebecca Westerfield (Ret.) of JAMS for January 21, 2014. The Parties also agreed to exchange key information on an informal basis leading up to the mediation, so as to provide each side with the information necessary to effectively evaluate the claims and defenses in the case, and ultimately, inform a fair and reasonable settlement of the dispute. As such, in November 2013 and then again in January 2014 (i.e., before the Parties'

mediation), Defendants produced to Plaintiffs information regarding (i) contractual information underlying the development and production of Aliens: Colonial Marines, (ii) certain factual information regarding the Defendants' advertising of Aliens: Colonial Marines over the course of the game's development, and (iii) additional information concerning the scope and size of the putative class, as defined by the First Amended Complaint. Additionally, in January 2014, the Parties exchanged mediation briefs, wherein both sides addressed the facts of the case known to them, along with their views on the overall litigation and possibility of settlement.

On January 21, 2014, the Parties engaged in an all-day mediation presided over by Judge Westerfield at JAMS' San Francisco offices. While both sides negotiated in good faith, no agreement was reached at the mediation. Nevertheless, settlement negotiations are on-going in that Defendants are currently considering Plaintiffs' last settlement proposal, and have requested three weeks from the date of the mediation to make a decision regarding the same. At the same time, the Parties are mindful of the fact that several deadlines in this case are approaching and believe it prudent to extend those deadlines in the event that the case does not resolve, so as to avoid prejudice to either Party.

**II.     Proposed Changes to Case Deadlines.**

Based on the foregoing, the Parties believe that a ninety (90) day extension of the current case deadlines is appropriate. Such an extension will assist in the Parties' ongoing mediation and discovery efforts, and also conserve resources by avoiding, *inter alia*, the need to proceed with expert discovery, class certification, and dispositive motion practice now—which would be unnecessary if the Parties are ultimately able to resolve the case. Notwithstanding, because they have actively pursued discovery, the Parties will be prepared to move forward in the litigation without delay should they be unable to reach a settlement.

For these reasons, good cause exists[1] to extend the current schedule of deadlines set forth in the Court's October 15, 2013 Civil Management Order (Dkt. No. 42), as follows:

---

[1]     Fed. R. Civ. P. 6(b) provides that the Court may, for good cause shown, extend the time to complete any required act.

| | | |
|---|---|---|
| 1. | Plaintiffs to serve disclosures pursuant to Fed. R. Civ. P. 26(a)(2) relating to class certification | **May 6, 2014** |
| 2. | Defendants to serve disclosures of rebuttal expert witnesses and reports relating to class certification | **June 5, 2014** |
| 3. | Defendants' deadline to depose Plaintiffs' experts and the Parties' other witnesses related to class certification | **June 12, 2014** |
| 4. | Plaintiffs' deadline to depose rebuttal experts related to class certification | **July 14, 2014** |
| 5. | Plaintiffs to file motion and memorandum in support of class certification | **Sept. 11, 2014** |
| 6. | Defendants to file opposition to class certification and all supporting materials | **Oct. 9, 2014** |
| 7. | Plaintiffs to file reply in support of motion for class certification | **Oct. 23, 2014** |
| 8. | Hearing on motion for class certification | **Nov. 13, 2014** (or at Court's convenience) |
| 9. | Joint Supplemental Case Management Statement | **Nov. 27, 2014** |
| 10. | Further case management conference | **Dec. 4, 2014** (or at Court's convenience) |

NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED that:

1. All case deadlines are hereby continued by ninety (90) days and re-set as set forth above; and

2. The parties shall submit a status report within thirty (30) days to update the Court regarding the status of the Parties' settlement discussions.

IT IS SO STIPULATED.

                                    **JOHN LOCKE and DAMION PERRINE**, individually and on behalf of all others similarly situated,

Dated: February 3, 2014        By:    s/ Benjamin S. Thomassen
                                                          One of Plaintiffs' Attorneys

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100

Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**SEGA OF AMERICA, INC., and GEARBOX SOFTWARE, L.L.C.,**

Dated: February 3, 2014   By:   s/ Rodger R. Cole
                                              One of Defendants' Attorneys

Rodger R. Cole (SBN - 178865)
rcole@fenwick.com
Jennifer L. Kelly (SBN - 193416)
jkelly@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Tel: 650.988.8500
Fax: 650.938.5200

*Attorneys for Defendants*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: _____

                                                THE HONORABLE JEFFREY S. WHITE
                                              United States District Judge

JOINT STIPULATION TO EXTEND
CASE DEADLINES PENDING NEGOTIATIONS   5                            CASE NO. 13-cv-01962-JSW

| | |
|---|---|
| 1 | **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1** |
| 2 | I, Benjamin S. Thomassen, am the ECF User whose identification and password are being |
| 3 | used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all |
| 4 | signatories have concurred in this filing. |

Dated: February 3, 2014          By:     s/ Benjamin S. Thomassen
                                         Benjamin S. Thomassen