1  Mark Eisen (SBN - 289009)
   meisen@edelson.com
2  EDELSON PC
   555 West Fifth Street, 31st Floor
3  Los Angeles, California 90013
   Tel: 213.533.4100
4  Fax: 213.947.4251

5  Rafey S. Balabanian (Admitted *Pro Hac Vice*)
   rbalabanian@edelson.com
6  Christopher L. Dore (Admitted *Pro Hac Vice*)
   cdore@edelson.com
7  Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
   bthomassen@edelson.com
8  EDELSON PC
   350 North LaSalle Street, Suite 1300
9  Chicago, Illinois 60654
   Tel: 312.589.6370
10 Fax: 312.589.6378

11 *Attorneys for Plaintiffs John Locke and Damion Perrine and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LOCKE and DAMION PERRINE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SEGA OF AMERICA, INC. a California corporation, and GEARBOX SOFTWARE L.L.C., a Texas limited liability company,<br><br>*Defendants*. | Case No. 13-cv-01962-JSW<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Judge: Hon. Jeffrey S. White<br>Action Filed: April 29, 2013 |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** Sean P. Reis, formerly an attorney with Edelson PC, is no longer associated with Edelson PC and hereby withdraws as counsel of record for Plaintiffs and the putative class. Mark Eisen of Edelson PC, an attorney in good standing with the California bar, will replace Sean P. Reis as local counsel of record for Plaintiffs. Attorneys Rafey S. Balabanian, Christopher L. Dore, and Benjamin S. Thomassen continue to represent Plaintiffs and the putative class in this action.

Respectfully submitted,

Dated: February 25, 2014      By:   s/ Sean P. Reis

Dated: February 25, 2014      By:   s/ Benjamin S. Thomassen


Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Benjamin S. Thomassen, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: February 25, 2014  By:  s/ Benjamin S. Thomassen
                                Benjamin S. Thomassen