Mark Eisen (SBN 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Christopher L. Dore (Admitted *pro hac vice*)
cdore@edelson.com
Benjamin S. Thomassen (Admitted *pro hac vice*)
bthomassen@edelson.com
EDELSON PC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs John Locke and Damion Perrine and the Putative Class*

RODGER R. COLE (CSB No. 178865)
(rcole@fenwick.com)
JENNIFER L. KELLY (CSB No. 193416)
(jkelly@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile:  650.938.5200

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LOCKE and DAMION PERRINE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>*v.*<br><br>SEGA OF AMERICA, INC. a California corporation, and GEARBOX SOFTWARE L.L.C., a Texas limited liability company,<br><br>*Defendants*. | Case No. 3:13-cv-01962-JSW<br><br>**JOINT STATUS REPORT ON SETTLEMENT DISCUSSIONS**<br><br>Judge: Hon. Jeffrey S. White<br>Action Filed: July 5, 2013 |

Pursuant to the Court's February 4, 2014 Order Granting Stipulation to Extend Case Deadlines, Plaintiffs John Locke and Damion Perrine ("Plaintiffs") and Defendants Sega of America, Inc. ("Sega") and Gearbox Software L.L.C. ("Gearbox") ("Defendants") (and collectively with Plaintiffs, the "Parties"), hereby jointly submit the following report to the Court regarding the status of the Parties' settlement negotiations.

Since the Parties' January 21 mediation with Judge Rebecca Westerfied, the Parties have engaged in ongoing settlement discussions and are continuing to evaluate the offers currently on the table. By Friday, March 14, the Parties will report to the Court whether or not they have reached a settlement agreement. If an agreement is reached, the Parties will submit to the Court a proposed schedule for deadlines relating to the class action settlement. If no agreement is reached, the Parties will procede with discovery according to the deadlines set forth in the Court's February 4 Order.

Respectfully submitted,

**JOHN LOCKE and DAMION PERRINE**,
individually and on behalf of all others similarly situated,

Dated: March 10, 2014   By:   /s/ Benjamin S. Thomassen
                              Benjamin S. Thomassen

Mark Eisen (SBN 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: (213) 533-4100
Fax: (213) 947-4251

Rafey S. Balabanian (Admitted *pro hac vice*)
rbalabanian@edelson.com
Christopher L. Dore (Admitted *pro hac vice*)
cdore@edelson.com
Benjamin S. Thomassen (Admitted *pro hac vice*)
bthomassen@edelson.com
EDELSON PC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654

Tel: 312. 589.6370
Fax: 312.589.6378

                **SEGA OF AMERICA, INC., and GEARBOX SOFTWARE, L.L.C.,**

Dated:  March 10, 2014         By:   /s/ Rodger R. Cole
                                           Rodger R. Cole

RODGER R. COLE (CSB No. 178865)
(rcole@fenwick.com)
JENNIFER L. KELLY (CSB No. 193416)
(jkelly@fenwick.com)
FENWICK & WEST LLP
Silicon Valley Center
801 California Street Mountain View, CA 94041
Telephone: 650.988.8500

*Attorneys for Defendants*

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

I, Benjamin S. Thomassen, am the ECF User whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: March 10, 2014          By:   /s/ Benjamin S. Thomassen
                                       Benjamin S. Thomassen