Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs John Locke and Damion Perrine and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LOCKE and DAMION PERRINE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SEGA OF AMERICA, INC. a California corporation, and GEARBOX SOFTWARE L.L.C., a Texas limited liability company,<br><br>*Defendants*. | Case No. 13-cv-01962-JSW<br><br>**PLAINTIFFS' STATUS REPORT**<br><br>Judge: Hon. Jeffrey S. White<br>Action Filed: April 29, 2013 |

As stated in their most recent Joint Status Report on Settlement Discussions (Dkt. 51), the Parties have been engaged in ongoing settlement negotiations.  The status of those negotiations is that while Defendant Sega of America, Inc. and Defendant Gearbox Software L.L.C. advised that they would have a response to Plaintiffs' final settlement offer at this point, they need until Monday, March 17th to respond to Plaintiffs' offer.  In the meantime, the Parties remain committed to adhering to the schedule set by this Court's February 4, 2014 Order (Dkt. 49) should settlement not be reached as of March 17, 2014.

Should the Parties reach a settlement agreement, they will promptly inform the Court and submit a proposed schedule for deadlines relating to the class action settlement.

**JOHN LOCKE and DAMION PERRINE**,
individually and on behalf of all others similarly situated,

Dated: March 14, 2014          By:   s/ Benjamin S. Thomassen
                                     One of Plaintiffs' Attorneys

Mark Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**CERTIFICATE OF SERVICE**

I, Benjamin S. Thomassen, an attorney, hereby certify that on March 14, 2014, I served the above and foregoing by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Benjamin S. Thomassen