```
 1  QUINN EMANUEL URQUHART OLIVER & SULLIVAN, LLP
       Claude N. Stern (Bar No. 96737)
 2     claudestern@quinnemanuel.com
    555 Twin Dolphin Dr., 5th Fl.
 3  Redwood Shores, California 94065
    Telephone:    (650) 801-5000
 4  Facsimile:    (650) 801-5100

 5     Karin A. Kramer (Bar No. 87346)
       karinkramer@quinnemanuel.com
 6  50 California St., 22nd Fl.
    San Francisco, California 94111
 7  Telephone:    (415) 875-6600
    Facsimile:    (415) 875-6700
 8
    Attorneys for Sega of America, Inc.
 9
10                       UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA
12                            SAN FRANCISCO DIVISION
13
14  JOHN LOCKE and DAMION PERRINE,          CASE NO. 13-cv-01962-JSW
    individually and on behalf of all others
15  similarly situated,                      SEGA OF AMERICA, INC.'S NOTICE OF
                                             SUBSTITUTION OF COUNSEL
16              Plaintiff,
17       vs.
18  SEGA OF AMERICA, INC., a California
    corporation, and GEARBOX SOFTWARE
19  L.L.C., a Texas limited liability company,
20              Defendant.
```

04244.00001/5839709.1

CASE NO. 13-cv-01962-JSW

SEGA OF AMERICA. INC.'S NOTICE OF SUBSTITUTION OF COUNSEL

TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Sega of America, Inc., hereby substitutes Claude M. Stern of Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Fl., Redwood Shores, CA 94065 and Karin A. Kramer of Quinn Emanuel Urquhart & Sullivan, LLP, 50 California St., 22nd Fl., San Francisco, CA 94111, as attorneys of record in place of Fenwick & West LLP. Mr. Stern and Ms. Kramer are both admitted to practice before this Court.

DATED: March 26, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
Claude M. Stern
Karin A. Kramer
Attorneys for Defendant
Sega of America, Inc.

I CONSENT TO THE ABOVE SUBSTITUTION:

DATED: March 26, 2014

FENWICK & WEST LLP

By _____
Rodger Cole
Attorneys for Defendant
Sega of America, Inc.

IT IS SO ORDERED.

DATED: March ___, 2014

_____
THE HON. JEFFERY S. WHITE
United States District Court