RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

Attorneys for Defendants
SEGA OF AMERICA, INC. and
GEARBOX SOFTWARE, L.L.C.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOCKE and DAMION PERRINE, individually and on behalf of a class of similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE, L.L.C., a Texas limited liability company,<br><br>Defendants. | Case No. 3:13-cv-01962-JSW<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER** |

**TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant GEARBOX SOFTWARE, L.L.C. ("GEARBOX") hereby substitutes the law firm of O'MELVENY & MYERS LLP as its counsel of record in this action, in place and instead of FENWICK & WEST LLP.

Pursuant to such substitution, GEARBOX hereby requests that all notices, filings and other documents in this action be served on the following counsel:

Robert M. Schwartz (S.B. # 117166)
rschwartz@omm.com
Victor Jih (S.B. #186515)
vjih@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, #700
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Dated: March 28, 2014

GEARBOX SOFTWARE, L.L.C.

By: /s/
Wade Callender, General Counsel &
Vice President of Legal Affairs

We hereby agree to the following substitution.

Dated: March 28, 2014

FENWICK & WEST LLP

By: */s/ Rodger R. Cole*
Rodger R. Cole

We hereby agree to the following substitution.

Dated: March 28, 2014

O'MELVENY & MYERS LLP

By: */s/ Robert M. Schwartz*
Robert M. Schwartz

## ATTESTATION

Pursuant to Civil L.R. 501(i)(3), regarding signatures, I, Rodger R. Cole, attest that concurrence in the filing of this document has been obtained.

Dated: March 28, 2014

*/s/ Rodger R. Cole*
Rodger R. Cole

## ORDER

Pursuant to the foregoing, it is hereby ORDERED that the law firm of O'MELVENY & MYERS LLP is substituted as counsel of record in this action for Defendant GEAROBX SOFTWARE, L.L.C., in place and instead of FENWICK & WEST LLP

Dated: ____________________, 2014

______________________________
Jeffrey S. White
United States District Judge