1   Mark S. Eisen (SBN - 289009)
    meisen@edelson.com
2   EDELSON PC
    555 West Fifth Street, 31st Floor
3   Los Angeles, California 90013
    Tel: 213.533.4100
4   Fax: 213.947.4251

5   Rafey S. Balabanian (Admitted *Pro Hac Vice*)
    rbalabanian@edelson.com
6   Christopher L. Dore (Admitted *Pro Hac Vice*)
    cdore@edelson.com
7   Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
    bthomassen@edelson.com
8   EDELSON PC
    350 North LaSalle Street, Suite 1300
9   Chicago, Illinois 60654
    Tel: 312.589.6370
10   Fax: 312.589.6378

11   *Attorneys for Plaintiffs and the Putative Class*

12

### IN THE UNITED STATES DISTRICT COURT
13 ### FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 JOHN LOCKE and DAMION PERRINE, individually and on behalf of all others similarly situated,

16

17              *Plaintiffs*,

18 v.

19 SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE, L.L.C., a Texas limited liability company,

20              *Defendants*.

21

Case No. 3:13-cv-01962-JD

**NOTICE OF WRITTEN CONSENT TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**

Judge: Honorable James Donato
Action Filed: April 29, 2013

22        Please take notice that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants

23 Sega of America, Inc. and Gearbox Software, L.L.C. ("Defendants") hereby provide their written

24 consent for Plaintiffs John Locke and Damion Perrine to amend their First Amended Class Action

25 Complaint, (Dkt. 26), and file a Second Amended Class Action Complaint contemporaneously with

26 this Notice. Defendants only provide their written consent to Plaintiffs' filing of the Second

27 Amended Class Action Complaint (i.e., on behalf of Plaintiff John Locke), and take no position

28

1   through this Notice as to the facts and claims alleged therein. Further, all Parties agree there is no

2   current need for Defendants to respond to the Second Amended Complaint.

3

4   Dated:  June 26, 2014                    **DAMION PERRINE and JOHN LOCKE**,
                                             individually and on behalf of a class of similarly
5                                            situated individuals,

6                                            By: /s/  Benjamin S. Thomassen

7                                            Mark S. Eisen (SBN - 289009)
                                             meisen@edelson.com
8                                            EDELSON PC
                                             555 West Fifth Street, 31st Floor
9                                            Los Angeles, California 90013
                                             Tel: 213.533.4100
10                                           Fax: 213.947.4251

11                                           Rafey S. Balabanian (Admitted *Pro Hac Vice*)
                                             rbalabanian@edelson.com
12                                           Christopher L. Dore (Admitted *Pro Hac Vice*)
                                             cdore@edelson.com
13                                           Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
                                             bthomassen@edelson.com
14                                           EDELSON PC
                                             350 North LaSalle Street, Suite 1300
15                                           Chicago, Illinois 60654
                                             Tel: 312.589.6370
16                                           Fax: 312.589.6378

17                                           *Attorneys for Plaintiffs and the Putative Class*

18   Dated:  June 26, 2014                    **SEGA OF AMERICA, INC.**,

19                                           By: /s/  Karin A. Kramer

20                                           Claude M. Stern (SBN - 967737)
                                             claudestern@quinnemanuel.com
21                                           QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                             555 Twin Dolphin Drive, 5th Floor
22                                           Redwood Shores, California 94065
                                             Tel: 650.801.5000
23                                           Fax: 650.801.5100

24                                           Karin A. Kramer (SBN - 87346)
                                             karinkramer@quinnemanuel.com
25                                           Jenny Grantz (SBN - 287960)
                                             jennygrantz@quinnemanuel.com
26                                           QUINN EMANUEL URQUHART & SULLIVAN, LLP
                                             50 California Street, 22nd Floor
27

28

San Francisco, California 94111
Tel: 415.875.6600
Fax: 415.857.6700

*Attorneys for Defendant Sega of America, Inc.*

Dated:  June 26, 2014

**GEARBOX SOFTWARE, L.L.C.**,

By: /s/  Robert M. Schwartz

Robert M. Schwartz (SBN - 117166)
rschwartz@omm.com
Victor Jih (SBN - 186515)
vjih@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars
Los Angeles, California 90067-6035
Tel: 310.553.6700
Fax: 310.246.6779

*Attorneys for Defendant Gearbox Software, L.L.C.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Benjamin S. Thomassen, am the ECF User whose identification and password are being used to file this document. In compliance with Civil Local Rule 5-1, I hereby attest that all signatories have concurred in this filing.

Dated: June 26, 2014                    By:     /s/ Benjamin S. Thomassen
                                                Benjamin S. Thomassen