UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  June 26, 2014                                                            Judge:  James Donato

Time:  2:01-2:14 = 13 Minutes

Case No.        **C-13-01962-JD**
Case Name       **Perrine v. Sega of America, Inc. et al**

Attorney(s) for Plaintiff(s):     Benjamin Scott Thomassen
Attorney(s) for Defendant(s):     Karin A. Kramer/Robert Michael Schwartz

Deputy Clerk:  Lisa R. Clark

PROCEEDINGS

Case Management Conference - Held

RESULT OF HEARING

The parties report that plaintiffs and defendant Sega have reached a settlement in principle that will resolve the case in full.
Plaintiffs' counsel informs the Court that client Damion Perrine did not authorize counsel to sign the Written Consent to File Second Amended Complaint, Dkt. No. 61, on his behalf.
Plaintiffs' counsel is to resolve the procedural issues as needed, and the parties are to file any motion for preliminary approval of settlement by July 30, 2014.  The Court will set the matter for hearing after receipt of the motion.
The Court advises parties to give full attention to the Procedural Guidance for Class Action Settlements, available on the Northern District's website.