Mark S. Eisen (SBN 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs Damion Perrine, John Locke, and the Putative Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMION PERRINE and JOHN LOCKE, individually and on behalf of all others similarly situated, <br><br>             *Plaintiffs*, <br><br> *v.* <br><br> SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE, L.L.C., a Texas limited liability company, <br><br>             *Defendants*. | Case No. 3:13-cv-01962-JD <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PRELIMINARY APPROVAL MOTION IN SUPPORT OF PARTIAL CLASS SETTLEMENT** <br><br> Judge: Honorable James Donato <br> Action Filed: April 29, 2013 |

1    WHEREAS, as of July 30, 2014, Plaintiff John Locke ("Locke") and Defendant Sega of

2  America, Inc. ("Sega") have negotiated a Partial Class Action Settlement Agreement, which will

3  completely resolve the proposed Settlement Class's claims against Sega but *not* any claims against

4  Defendant Gearbox Software, L.L.C. ("Gearbox");

5    WHEREAS, on June 26, 2014, the Court ordered Plaintiff to file any motion for

6  preliminary approval of a class settlement by July 30, 2014;

7    WHEREAS, Plaintiff Locke has approved the terms of the Partial Class Action Settlement

8  Agreement, but Sega requires, for logistical reasons, an additional two (2) days to approve the

9  settlement documentation;

10    WHEREAS, Plaintiff Damion Perrine ("Perrine"), contemporaneously with this

11  Stipulation, is seeking leave of Court to voluntarily dismiss his claims against Sega and Gearbox

12  without prejudice, and to withdraw as named plaintiff in this matter (but continue on as a member

13  of the putative Class);

14    WHEREAS, since the Court expressed concerns about certain aspects of class action

15  settlements, Plaintiff Locke and Sega have been diligently working to address those concerns and

16  remove from the settlement any such issues. Locke and Sega believe that their Partial Class Action

17  Settlement Agreement (the "Agreement") will address and resolve all the concerns raised by the

18  Court at the Parties' June 26, 2014 case management conference, and Locke believes those issues

19  are addressed in his drafted motion for preliminary approval of the Partial Class Action Settlement

20  Agreement—which he is presently ready to file and will file once Sega has signed the Partial

21  Class Action Settlement Agreement;

22    WHEREAS, Locke just requires an additional two (2) days to move for preliminary

23  approval since Sega needs that time to get the Settlement Agreement and related settlement

24  documentation approved.

25    THEREFORE, Locke and Sega hereby stipulate and agree, subject to Court approval, as

26  follows:

27

28

**STIPULATION**

1.      Locke and Sega, by and through their undersigned counsel, hereby stipulate and respectfully request that Plaintiff Locke be granted a two (2) day extension to his deadline to file his motion for preliminary approval of the Partial Class Action Settlement Agreement negotiated with Sega.

2.      The only reason for the requested change of time is that Sega requires two (2) additional days to obtain approval of the Partial Class Action Settlement Agreement and related settlement documentation. Locke is prepared to file his motion for preliminary approval once he receives confirmation of approval by Sega.

3.      The only other time modification granted in this case took place on February 4, 2014, and allowed the Parties to move forward with the negotiations that resulted in the aforementioned Partial Class Action Settlement Agreement. (Dkt. 49).

4.      The effect of the instant requested time modification will allow Plaintiff Locke to present his motion for preliminary approval of the Partial Class Action Settlement Agreement to the Court, which stands to resolve the case between him, the putative Settlement Class, and Sega.

5.      All affected parties agree to the stipulation as indicated by their signatures below. The parties respectfully request that the Court approve the stipulation pursuant to Civil L.R. 6-2, and enter an Order thereupon, pursuant to Civil L.R. 7-12.

//

//

//

//

//

STIPULATION AND [PROPOSED] ORDER                          3                          Case No. 3:13-cv-01962-JD
TO EXTEND TIME TO FILE MOTION FOR PRELIMINARY
APPROVAL OF PARTIAL CLASS SETTLEMENT

1  Dated: July 30, 2014                    EDELSON PC

2

3                                          By: /s/ Benjamin S. Thomassen
                                               Benjamin S. Thomassen
4                                              Attorney for Plaintiffs

5

6  Dated: July 30, 2014                    QUINN EMANUEL URQUHART & SULLIVAN,
                                           LLP
7

8                                          By: /s/ Claude Stern
                                               Claude Stern
9                                              Attorney for Defendant Sega of America,
                                               Inc.

10

11  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

12

13  DATED: _____     _____
                                       THE HONORABLE JAMES DONATO
14                                     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION**

2        Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

3  filing of this document has been obtained from the other signatories.

4

5  Dated: July 30, 2014                              /s/ Benjamin S. Thomassen

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28