1  Mark S. Eisen (SBN - 289009)
   meisen@edelson.com
2  EDELSON PC
   555 West Fifth Street, 31st Floor
3  Los Angeles, California 90013
   Tel: 213.533.4100
4  Fax: 213.947.4251

5  Rafey S. Balabanian (Admitted *Pro Hac Vice*)
   rbalabanian@edelson.com
6  Christopher L. Dore (Admitted *Pro Hac Vice*)
   cdore@edelson.com
7  Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
   bthomassen@edelson.com
8  EDELSON PC
   350 North LaSalle Street, Suite 1300
9  Chicago, Illinois 60654
   Tel: 312.589.6370
10 Fax: 312.589.6378

11 *Attorneys for Plaintiff Damion Perrine, John Locke, and the Putative Class*

12
                    **IN THE UNITED STATES DISTRICT COURT**
13                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| DAMION PERRINE and JOHN LOCKE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE, L.L.C., a Texas limited liability company,<br><br>*Defendants*. | Case No. 3:13-cv-01962-JD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS CLAIMS AND WITHDRAW CLASS REPRESENTATIVE**<br><br>Judge: Honorable James Donato<br>Action Filed: April 29, 2013 |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO DISMISS CLAIMS AND WITHDRAW
CLASS REPRESENTATIVE

**THIS MATTER** came before the Court on Plaintiffs' Motion to Dismiss Claims and Withdraw Class Representative. (Dkt. 69.) Plaintiffs moved to permit Plaintiff Damion Perrine—but not Plaintiff John Locke—to voluntarily dismiss his claims against Defendants Sega of America, Inc. and Gearbox Software L.L.C., without prejudice and without costs, and to withdraw as class representative in this matter.

The Court, having considered the parties' papers, arguments, and all other pleadings and papers filed herein: HEREBY ORDERS that Plaintiffs' Motion to Dismiss Claims and Withdraw Class Representative is GRANTED. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Damion Perrine's claims against Defendants are DISMISSED without prejudice, and he shall be withdrawn as class representative. No costs or fees shall be awarded to Defendants in connection with this dismissal and withdrawal.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE