Mark S. Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMION PERRINE and JOHN LOCKE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE, L.L.C., a Texas limited liability company,<br><br>Defendants. | Case No. 3:13-cv-01962-JD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSES TO MOTIONS**<br><br>Judge: Honorable James Donato<br>Action Filed: April 29, 2013 |

1       WHEREAS, Plaintiffs Perrine and Locke (collectively "Plaintiffs") and Defendant Gearbox Software, L.L.C. ("Gearbox") respectfully submit this stipulation in connection with Gearbox's pending motion for partial summary judgment (Dkt. 66) and motion to strike class allegations (Dkt. 67) (collectively, "the Motions"), so as to potentially avoid the filing of a motion for discovery and other relief pursuant to Fed. R. Civ. P. 56(d);

      WHEREAS, on July 30, 2014, Gearbox filed the Motions;

      WHEREAS, the next day, on July 31, 2014, counsel for Plaintiffs contacted Gearbox's attorney regarding the Motions, and expressed that: (i) Plaintiffs request certain discovery so as to respond to Gearbox's motion for partial summary judgment; (ii) if Gearbox would not provide such information, Plaintiffs would file a Rule 56(d) motion seeking such discovery (i.e., as a response to Gearbox's Motion for Partial Summary Judgment); and (iii) that, for personal reasons (including, *inter alia*, a recent death in the family), it would be difficult for Plaintiffs' counsel to respond to Gearbox's Motions by the August 13, 2014 deadline in any event;

      WHEREAS, Gearbox's counsel offered that the Parties could resolve Plaintiffs' need for discovery informally, without Court intervention, and requested that Plaintiffs present their discovery needs to Gearbox in writing;

      WHEREAS, the following day, on August 1, 2014, Plaintiffs' counsel sent a letter to Gearbox's counsel, setting forth the information that Plaintiffs requested;

      WHEREAS, Gearbox has agreed to at least modify the briefing schedule on its Motions by extending the time for Plaintiffs to respond to both, up through and including August 20, 2014;

      WHEREAS, Gearbox is also in the process of determining how much time Gearbox requires to respond to Plaintiffs' August 1, 2014 letter, and has further agreed that the briefing schedule on its motion for partial summary judgment should be further modified to allow (i) Gearbox sufficient time to produce relevant documents, (ii) Plaintiffs sufficient time to review Gearbox's forthcoming production, and (iii) Plaintiffs to depose certain Gearbox employees in connection with Gearbox's

forthcoming document production, including Mr. Steve Gibson on the contents of the declaration attached to Gearbox's motion for partial summary judgment, (Dkt. 66-1);

WHEREAS, Plaintiffs and Gearbox have further agreed to have a meet and confer on Wednesday, August 6, 2014, regarding all of Gearbox's discovery responses—i.e., including those not directly related to Gearbox's Motion for Partial Summary Judgment.

THEREFORE, Plaintiffs and Gearbox hereby stipulate and agree, subject to Court approval, as follows:

**STIPULATION**

1. Plaintiffs and Gearbox, by and through their undersigned counsel, hereby stipulate and respectfully request that Plaintiffs be given a seven (7) day extension to file their responses to Gearbox's Motion for Partial Summary Judgment (Dkt. 66) and Motion to Strike Class Allegations (Dkt. 67)—up to and including August 20, 2014. Gearbox's reply briefing on its Motions would therefore come due one week later, on August 27, 2014.

2. The reason for the requested change of time is two-fold: first, for personal reasons, counsel for Plaintiffs would have difficulty briefing Gearbox's Motions under the present briefing schedule and, second, Plaintiffs and Gearbox are in the process of conferring regarding the documents and witnesses Plaintiffs requested in response to Gearbox's motion for partial summary judgment (i.e., rather than use the Court's time in resolving a Rule 56(d) motion).

3. The only other time modification granted in this case took place on February 4, 2014, (Dkt. 49).

4. The effect of the instant requested time modification would not affect any other deadlines set by the Court, as the hearing date on Gearbox's Motions was recently moved to September 18, 2014, which is 22 days after Gearbox's proposed reply briefing due date. (Dkt. 70).

5. All affected parties agree to the stipulation as indicated by their signatures below. The parties respectfully request that the Court approve the stipulation pursuant to Civil L.R. 6-2, and enter an Order thereupon, pursuant to Civil L.R. 7-12.

| | | |
|---|---|---|
| Dated: August 5, 2014 | | EDELSON PC |

By: /s/ Benjamin S. Thomassen
    Benjamin S. Thomassen
    Attorney for Plaintiffs

Dated: August 5, 2014        O'MELVENY & MEYERS LLP

By: /s/ Robert M. Schwart
    Robert M. Schwartz
    Attorney for Defendant
    Gearbox Software, L.L.C.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____        _____
                                                          THE HONORABLE JAMES DONATO
                                                          United States District Judge

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: August 5, 2014                    /s/ Benjamin S. Thomassen