Mark S. Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMION PERRINE and JOHN LOCKE, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE, L.L.C., a Texas limited liability company,<br><br>  Defendants. | Case No. 3:13-cv-01962-JD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSES TO MOTIONS**<br><br>Judge: Honorable James Donato<br>Action Filed: April 29, 2013 |

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO FILE RESPONSES TO MOTIONS

CASE NO. 3:13-cv-01962-JD

1  WHEREAS, Plaintiffs Perrine and Locke (collectively "Plaintiffs") and Defendant Gearbox
2  Software, L.L.C. ("Gearbox") respectfully submit this stipulation in connection with Gearbox's
3  pending motion for partial summary judgment (Dkt. 66) and motion to strike class allegations (Dkt.
4  67) (collectively, "the Motions"), so as to potentially avoid the filing of a motion for discovery and
5  other relief pursuant to Fed. R. Civ. P. 56(d);

6  WHEREAS, on July 30, 2014, Gearbox filed the Motions;

7  WHEREAS, the next day, on July 31, 2014, counsel for Plaintiffs contacted Gearbox's
8  attorney regarding the Motions, and expressed that: (i) Plaintiffs request certain discovery so as to
9  respond to Gearbox's motion for partial summary judgment; (ii) if Gearbox would not provide such
10 information, Plaintiffs would file a Rule 56(d) motion seeking such discovery (i.e., as a response to
11 Gearbox's Motion for Partial Summary Judgment); and (iii) that, for personal reasons (including,
12 *inter alia*, a recent death in the family), it would be difficult for Plaintiffs' counsel to respond to
13 Gearbox's Motions by the August 13, 2014 deadline in any event;

14 WHEREAS, Gearbox's counsel offered that the Parties could resolve Plaintiffs' need for
15 discovery informally, without Court intervention, and requested that Plaintiffs present their
16 discovery needs to Gearbox in writing;

17 WHEREAS, the following day, on August 1, 2014, Plaintiffs' counsel sent a letter to
18 Gearbox's counsel, setting forth the information that Plaintiffs requested;

19 WHEREAS, Gearbox has agreed to at least modify the briefing schedule on its Motions by
20 extending the time for Plaintiffs to respond to both, up through and including August 20, 2014;

21 WHEREAS, Gearbox is also in the process of determining how much time Gearbox requires
22 to respond to Plaintiffs' August 1, 2014 letter, and has further agreed that the briefing schedule on
23 its motion for partial summary judgment should be further modified to allow (i) Gearbox sufficient
24 time to produce relevant documents, (ii) Plaintiffs sufficient time to review Gearbox's forthcoming
25 production, and (iii) Plaintiffs to depose certain Gearbox employees in connection with Gearbox's

28 STIPULATION AND [PROPOSED] ORDER         2         CASE NO. 3:13-cv-01962-JD
   EXTENDING TIME TO FILE RESPONSES TO MOTIONS

forthcoming document production, including Mr. Steve Gibson on the contents of the declaration attached to Gearbox's motion for partial summary judgment, (Dkt. 66-1);

WHEREAS, Plaintiffs and Gearbox have further agreed to have a meet and confer on Wednesday, August 6, 2014, regarding all of Gearbox's discovery responses—i.e., including those not directly related to Gearbox's Motion for Partial Summary Judgment.

THEREFORE, Plaintiffs and Gearbox hereby stipulate and agree, subject to Court approval, as follows:

## STIPULATION

1. Plaintiffs and Gearbox, by and through their undersigned counsel, hereby stipulate and respectfully request that Plaintiffs be given a seven (7) day extension to file their responses to Gearbox's Motion for Partial Summary Judgment (Dkt. 66) and Motion to Strike Class Allegations (Dkt. 67)—up to and including August 20, 2014. Gearbox's reply briefing on its Motions would therefore come due one week later, on August 27, 2014.

2. The reason for the requested change of time is two-fold: first, for personal reasons, counsel for Plaintiffs would have difficulty briefing Gearbox's Motions under the present briefing schedule and, second, Plaintiffs and Gearbox are in the process of conferring regarding the documents and witnesses Plaintiffs requested in response to Gearbox's motion for partial summary judgment (i.e., rather than use the Court's time in resolving a Rule 56(d) motion).

3. The only other time modification granted in this case took place on February 4, 2014, (Dkt. 49).

4. The effect of the instant requested time modification would not affect any other deadlines set by the Court, as the hearing date on Gearbox's Motions was recently moved to September 18, 2014, which is 22 days after Gearbox's proposed reply briefing due date. (Dkt. 70).

5. All affected parties agree to the stipulation as indicated by their signatures below. The parties respectfully request that the Court approve the stipulation pursuant to Civil L.R. 6-2, and enter an Order thereupon, pursuant to Civil L.R. 7-12.

Dated: August 5, 2014				EDELSON PC

						By: /s/ Benjamin S. Thomassen
						    Benjamin S. Thomassen
						    Attorney for Plaintiffs


Dated: August 5, 2014				O'MELVENY & MEYERS LLP

						By: /s/ Robert M. Schwart
						    Robert M. Schwartz
						    Attorney for Defendant
						    Gearbox Software, L.L.C.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 8, 2014			_____
						THE HONORABLE
						United States

*APPROVED — Judge James Donato*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: August 5, 2014				/s/ Benjamin S. Thomassen

---

STIPULATION AND [~~PROPOSED~~] ORDER			4			CASE NO. 3:13-cv-01962-JD
EXTENDING TIME TO FILE RESPONSES TO MOTIONS