UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMION PERRINE and JOHN LOCKE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE L.L.C. a Texas limited liability company,<br><br>*Defendants*. | Case No. 3:13-cv-01962-JD<br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENT AGREEMENT**<br><br>Judge: Hon. James Donato |

This matter coming before the Court upon Plaintiff's motion for preliminary approval of a partial class action settlement agreement between Plaintiff John Locke, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Sega of America, Inc. ("Sega") (collectively, the "Settling Parties"), good cause being shown, the Court having read and considered the settlement agreement between the Settling Parties (the "Settlement Agreement"), as well as all papers filed in support of and in opposition to said settlement agreement, and otherwise being fully advised in the premises,

IT IS HEREBY ORDERED, DECREED, AND ADJUDGED AS FOLLOWS:

<u>Class Certification</u>

1. The following class is hereby certified for purposes of settling the claims in this action asserted against Sega:

> All persons in the United States and its territories that, prior to or on February 12, 2013, paid for a copy of *Aliens: Colonial Marines*.[1]

(the "Settlement Class").

2. The Settlement Class satisfies the requirements for class certification under Fed. R. Civ. P. 23(a). It consists of approximately 135,000 consumers, there are questions of law and fact common to the Settlement Class, Plaintiff's claims are typical of those of the Settlement Class, and Plaintiff will fairly and adequately protect the interests of the Settlement Class.

3. In addition, the questions of law and fact common to the Settlement Class predominate over any individual questions, and the class action mechanism is superior to other available methods for the fair and efficient adjudication of this controversy. Consequently, the Settlement Class satisfies the requirements of Fed. R. Civ. P. 23(b)(3).

4. The Court hereby appoints Plaintiff Locke as class representative, and Rafey Balabanian and Ben Thomassen of Edelson PC as class counsel.

---

[1] Excluded from the class are: (1) all persons who file timely requests for exclusion; (2) all persons who had their claims discharged in bankruptcy, finally adjudicated on the merits, or otherwise released against Sega; (3) Sega, the settlement administrator, and any respective parent, subsidiary, affiliate, or control person of either, as well as their officers, directors, agents, servants, or employees; (4) any judge presiding over this action; and (5) the immediate family members of any such person.

-1-

[PROPOSED] ORDER                                                                 3:13-cv-01962-JD

Preliminary Approval

5. The Court has conducted a preliminary evaluation of the Settlement Agreement for fairness, adequacy, and reasonableness. Based on this preliminary evaluation, the Court finds that (i) there is cause to believe the settlement is fair, reasonable, and adequate, and within the range of possible approval, (ii) the settlement has been negotiated in good faith at arms-length between experienced attorneys familiar with the legal and factual issues of this case made with the assistance of the Honorable Rebecca Westerfield (ret.), and (iii) the notice of the material terms of the settlement to members of the proposed settlement class for their consideration and reaction is warranted.

Notice and Administration

6. The Court hereby approves the notice plan set forth in section 4 of the Settlement Agreement (the "Notice Plan"). The Court finds that the form, method, and content of the Notice Plan and all forms of notice to the Settlement Class as set forth in the Settlement Agreement and Exhibits A, C, and D thereto comply with the requirements of Rule 23 and due process, and constitutes the best notice practicable under the circumstances. The Court further finds that the Notice Plan is reasonably calculated to, under all circumstances, apprise the members of the Settlement Class of the pendency of this action, the certification of the Settlement Class, the terms of the Settlement Agreement, and the right of members to object to the settlement or to exclude themselves from the Settlement Class. The Settling Parties, by agreement, may revise the notice documents in ways that are not material, or in ways that are appropriate to update those documents for purposes of accuracy or formatting.

7. KCC Class Action Services ("KCC") is hereby appointed as Settlement Administrator and shall be required to perform all the duties of the Settlement Administrator as set forth in the Settlement Agreement and this Order.

Exclusion

8. Class Members who wish to exclude themselves from the Settlement Class for purposes of this settlement may do so by complying with the exclusion procedures set forth below.

Any member of the Settlement Class who timely requests exclusion consistent with those procedures shall not be bound by the terms of the Settlement Agreement.

9. To request exclusion, the class member must submit a request for exclusion to the Settlement Administrator on or before _____, 2014 (the "Objection/Exclusion Deadline"). The request for exclusion must identify the case name *Locke v. Sega of America, Inc. et al.*, No. 3:13-cv-01962-JD; state the person's name, address, and telephone number; affirm that the person purchased a copy of *Aliens: Colonial Marines* on or before February 12, 2013; be physically signed by the person; and otherwise comply with the exclusion procedures set forth in the Settlement Agreement.

10. Any member of the Settlement Class who opts out of the Settlement Agreement shall not (i) be bound by the final judgment; (ii) be entitled to relief under this Settlement Agreement; (iii) gain any rights by virtue of the Settlement Agreement; or (iv) be entitled to object to any aspect of the Settlement Agreement.  However, class members who fail to submit a valid and timely request for exclusion shall be bound by all terms of the Settlement Agreement and the final judgment, regardless of whether they have requested exclusion from the Settlement Agreement.

Objections

11. Any member of the Settlement Class who has not timely filed a request for exclusion may object to the fairness, reasonableness, or adequacy of the Settlement Agreement, to final judgment being entered and dismissing the action with prejudice as to Sega in accordance with the terms of the Settlement Agreement, to the attorneys' fees and expense reimbursement sought by class counsel, or to the award sought by the class representative as set forth in the Notice and Settlement Agreement. Class members may object on their own, or may do so through separate counsel at their own expense.

12. To object, a class member must mail to or file with the Court by the Objection/Exclusion Deadline a written objection with the caption *Locke v. Sega of America, Inc. et al.*, No. 3:13-cv-01962-JD, that includes (i) the class member's full name and current address, (ii) a signed declaration why he, she, or it believes himself, herself, or itself to be a member of the Settlement Class, (iii) proof that he, she, or it purchased *Aliens: Colonial Marines* on or before

1  February 12, 2013, (iv) the specific grounds for the objection, (v) all documents or writings that the
2  class member wishes the Court to consider, (vi) the name and contact information of any and all
3  attorneys representing, advising, or in any way assisting the class member in connection with the
4  preparation or submission of the objection or who may profit from the pursuit of the objection (the
5  "Objecting Attorney"); and (vii) a statement indicating whether the objector intends to appear at the
6  fairness hearing (either personally or through counsel, who must file an appearance or seek *pro hac*
7  *vice* admission). If a member of the Settlement Class or an Objecting Attorney has objected to any
8  class action settlement where the objector or the Objecting Attorney asked for or received any
9  payment in exchange for dismissal of the objection, or any related appeal, without any modification
10 to the settlement, then the objection must also include a statement identifying each such case by full
11 case caption.

12    13.    All objections must otherwise comply with paragraph 5.2 of the Settlement
13 Agreement.

14    14.    Any member of the Settlement Class who fails to timely mail or file a written
15 objection to or with the Court and notice of his or her intent to appear at the fairness hearing in
16 accordance with this Order and the Settlement Agreement, shall be foreclosed from seeking any
17 review of the Settlement Agreement, and shall be deemed to have waived his, her, or its objections
18 and be forever barred from making any such objections in this action or any other related action or
19 proceeding.

20    <u>Fairness Hearing</u>
21    15.    A fairness hearing shall be held before this Court on _____, 2014 at
22 __.m. in Courtroom 11 on the 19th Floor of the Phillip Burton Federal Building & United States
23 Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 to consider: (a) whether the
24 proposed settlement of the action on the terms and conditions provided for in the Settlement
25 Agreement is fair, reasonable and adequate and should be given final approval by the Court; (b)
26 whether a final judgment should be entered as to Sega; (c) whether to award payment of attorneys'
27 fees and expenses to class counsel; and (d) whether to award payment of an incentive award to the
28

1  class representative.  The Court may adjourn the fairness hearing without further notice to class
2  members.
3       16.    No later than _____, 2014, Plaintiff shall file with the Court his papers in
4  support of Class Counsel's petition for attorneys' fees and costs, and payment of his incentive
5  award.
6       17.    No later than _____, 2014, Plaintiff shall file with the Court his papers in
7  support of final approval of the Settlement Agreement and in response to any objections.
8      <u>Further Matters</u>
9       18.    In order to protect its jurisdiction to consider the fairness of this Settlement
10 Agreement and to enter a final order and judgment having binding effect on all members of the
11 Settlement Class, the Court hereby enjoins all members of the Settlement Class, and anyone who
12 acts or purports to act on their behalf, from pursuing all other proceedings in any state or federal
13 court that seeks to address any Released Party's or Class Member's rights or claims relating to, or
14 arising out of, any of the Released Claims, as those terms are defined in the Settlement Agreement.
15      19.    Class members shall be bound by all determinations and judgments in the action
16 concerning the action and/or Settlement Agreement, whether favorable or unfavorable.
17      20.    In the event that the Settlement Agreement is terminated pursuant to the provisions
18 of the Settlement Agreement, then (i) the Settlement Agreement shall be null and void, and shall
19 have no further force and effect with respect to any party in this action, and shall not be used in this
20 action or in any other proceeding for any purpose; (ii) all negotiations, proceedings, and statements
21 made in connection therewith shall be without prejudice to any person or party hereto, shall not be
22 deemed or construed to be an admission by any party of any act, matter, or proposition, and shall
23 not be used in any manner or for any purpose in any subsequent proceeding in this action or in any
24 other action in any court or other proceeding, provided, however, that the termination of the
25 Settlement Agreement shall not shield from subsequent discovery any factual information provided
26 in connection with the negotiation of this Settlement Agreement that would ordinarily be
27 discoverable but for the attempted settlement; and (iii) other than as expressly preserved by the
28 Settlement Agreement in the event of its termination, the Settlement Agreement shall have no

1 further force and effect with respect to any party and shall not be used in the action or any other
2 proceeding for any purpose.
3     21.    The certification of the Settlement Class shall be binding only with respect to the
4 settlement of the action. In the event that the Settlement Agreement is terminated pursuant to its
5 terms or is not approved in all material respects by the Court, or such approval is reversed, vacated,
6 or modified in any material respect by this or any other court, the certification of the Settlement
7 Class shall be deemed vacated, the action shall proceed as if the Settlement Class had never been
8 certified (including Sega's right to oppose any subsequent motion for class certification), and no
9 reference to the Settlement Class, the Settlement Agreement, or any documents, communications, or
10 negotiations related in any way thereto shall be made for any purpose.

13     IT IS SO ORDERED this _____ day of _____, 2014.

_____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE