Mark S. Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMION PERRINE and JOHN LOCKE, individually and on behalf of all others similarly situated,<br><br>                    *Plaintiffs*,<br><br>*v.*<br><br>SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE, L.L.C., a Texas limited liability company,<br><br>                    *Defendants*. | Case No. 3:13-cv-01962-JD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON GEARBOX'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge: Honorable James Donato<br>Action Filed: April 29, 2013 |

Plaintiffs Perrine and Locke ("Plaintiffs") and Defendant Gearbox Software, L.L.C. ("Gearbox") (together, the "Parties") respectfully submit this stipulation in connection with Gearbox's pending motion for partial summary judgment (the "Motion") (Dkt. 66) so as to potentially avoid the filing of a motion for discovery and other relief pursuant to Fed. R. Civ. P. 56(d). In support of the instant stipulation, the Parties state as follows:

WHEREAS, Gearbox filed the Motion on July 30, 2014, (Dkt. 66);

WHEREAS, after the filing of the Motion and as the Parties reported to the Court, the Parties have agreed to resolve Plaintiffs' need for discovery (i.e., for the purposes of responding to the Motion) informally and to stipulate to an extended briefing schedule on the Motion;

WHEREAS, on August 5, 2014, the Parties stipulated to extend the briefing schedule on Gearbox's Motion by seven (7) days, (Dkt. 73 at 3);

WHEREAS, on August 8, 2014, the Court granted the Parties' stipulation and extended the deadlines for Plaintiffs to respond to the Motion, and for Gearbox to file a reply in support thereof, up to and including August 20th and August 27th, respectively, (*see* Dkt. 76);

WHEREAS, the Parties have met and conferred and are working together to complete the discovery necessary for Plaintiffs to respond to Gearbox's Motion;

WHEREAS, the Parties have agreed to an extended briefing schedule to facilitate such discovery, subject to the Court's approval, where Plaintiffs' opposition to the Motion would come due on September 25th, followed by Gearbox's Reply on October 9, 2014, and a hearing on the Motion to take place on October 22nd (or thereafter at the Court's convenience);

THEREFORE, Plaintiffs and Gearbox hereby stipulate and agree, subject to Court approval, as follows:

1.      Plaintiffs shall file their opposition to Gearbox's motion for partial summary judgment no later than September 25, 2014.

2.      Gearbox shall file its reply in support of its motion for partial summary judgment no later than October 9, 2014.

3.      The hearing on Gearbox's motion for partial summary judgment shall take place on October 22nd, or thereafter at the Court's convenience.

4.      The Parties request the instant extension in order to allow sufficient time for the Parties to resolve Plaintiffs' need for discovery related to Gearbox's motion for partial summary judgment on an informal basis (i.e., rather than using the Court's time in resolving a Rule 56(d) motion).

5.      The other time modifications that have been granted in this case took place on February 4, 2014, (Dkt. 49), August 6, 2014 (Dkt. 74), and August 8, 2014 (Dkt. 76).

6.      The effect of the instant requested time modification would only affect the briefing deadlines and hearing set by the Court on Gearbox's motion for partial summary judgment.

7.      All affected parties agree to the stipulation as indicated by their signatures below. The parties respectfully request that the Court approve the stipulation pursuant to Civil L.R. 6-2, and enter an Order thereupon, pursuant to Civil L.R. 7-12.

Dated: August 14, 2014                         EDELSON PC


                                               By:   /s/ Benjamin S. Thomassen
                                                     Benjamin S. Thomassen
                                                     Attorney for Plaintiffs



Dated: August 14, 2014                         O'MELVENY & MYERS LLP


                                               By:   /s/ Robert M. Schwartz
                                                     Robert M. Schwartz
                                                     Attorney for Defendant
                                                     Gearbox Software, L.L.C.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED: _____          _____

4                                          THE HONORABLE JAMES DONATO
                                           United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.


Dated: August 14, 2014                    /s/ Benjamin S. Thomassen