# Exhibit A

1  Mark S. Eisen (SBN - 289009)
   meisen@edelson.com
2  EDELSON PC
   555 West Fifth Street, 31st Floor
3  Los Angeles, California 90013
   Tel: 213.533.4100
4  Fax: 213.947.4251

5  Rafey S. Balabanian (Admitted *Pro Hac Vice*)
   rbalabanian@edelson.com
6  Christopher L. Dore (Admitted *Pro Hac Vice*)
   cdore@edelson.com
7  Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
   bthomassen@edelson.com
8  EDELSON PC
   350 North LaSalle Street, Suite 1300
9  Chicago, Illinois 60654
   Tel: 312.589.6370
10 Fax: 312.589.6378

11 *Attorneys for Plaintiffs and the Putative Class*

12
                    **IN THE UNITED STATES DISTRICT COURT**
13                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14

| JOHN LOCKE and DAMION PERRINE, individually and on behalf of all others similarly situated, | Case No. 3:13-cv-01962-JD |
|---|---|
| Plaintiffs, | **DECLARATION OF BENJAMIN S. THOMASSEN** |
| *v.* | Judge: Honorable James Donato |
| SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE, L.L.C., a Texas limited liability company, | Action Filed: April 29, 2013 |
| Defendants. | |

15

16

17

18

19

20

21

22      I, Benjamin S. Thomassen, pursuant to 28 U.S.C. § 1746, hereby declare and state as

23 follows:

24      1.      I am an attorney at the law firm of Edelson PC and I was retained to represent

25 Plaintiffs Damion Perrine and John Locke in the above-titled action. I am over the age of eighteen

26 and am fully competent to make this declaration. This declaration is based upon my personal

27 knowledge, except where expressly noted otherwise. If called upon to testify as a witness in this

28

1 | action, I could and would testify truthfully to the matters set forth herein.

2 |      2.     On June 25, 2014, I emailed counsel for Gearbox Software, L.L.C. ("Gearbox") and

3 | counsel for Sega of America, Inc. ("Sega") and explained that "it looks like Mr. Perrine will not be

4 | continuing on as a named representative plaintiff -- in either the case generally, or the Sega

5 | settlement specifically" and attached a proposed Second Amended Complaint that, once filed,

6 | would have removed Mr. Perrine from the case.  In that same email, I also indicated that I'd

7 | "circulate a proposed R. 15(a)(2) notice of written consent regarding the amendment later today

8 | [and] [a]ssuming you're on board, we hope to let the Court know tomorrow that we'll file the notice

9 | and amended pleadings as soon as possible[.]"

10 |      3.     That same day, Robert Schwartz of O'Melveny & Myers LLP, and counsel for

11 | Gearbox, explained that he had forwarded my email to Gearbox and would "let [me] know as soon

12 | as [he could.]" In a subsequent email, he also asked "BTW, why is Perrine dropping out?" I

13 | responded on June 26, 2014 (but before the June 26, 2014 Case Management Conference) that

14 | Perrine had "simply gone completely out of contact with us.  It was a big surprise (to me especially)

15 | --- he'd been very active in the case up until we couldn't reach him earlier this month."

16 |      4.     A true and accurate copy of the document linked-to by Gearbox (and accessible on

17 | the Unified Judicial System of Pennsylvania's web portal at

18 | https://ujsportal.pacourts.us/DocketSheets/CourtSummaryReport.ashx?docketNumber=CP-65-CR-

19 | 0001272-2014) is attached as Exhibit 1 to this declaration.

20 |      I declare under penalty of perjury that the foregoing is true and correct.

21 |

22 | Executed August 20, 2014 at Chicago, Illinois.

23 |                         /s/ Benjamin S. Thomassen

24 |

25 |

26 |

27 |

28 |

# Exhibit 1



# Westmoreland County Court of Common Pleas
## Court Summary

**Perrine, Roger Damion**                    DOB: 02/20/1977              Sex: Male
Hopwood, PA  15445                                                       Eyes: Blue
Aliases:                                                                 Hair: Brown
Roger Damion Perrine                                                     Race: White

**Active**

**Westmoreland**

**CP-65-CR-0001272-2014**      Proc Status: Awaiting Waiver       DC No:            OTN:L8502664

Arrest Dt:                Trial Dt:                   Legacy No:

Def Atty: Sweeney, John K. - (PD)

Last Action:                          Last  Action Date:             Last Action Room:
Next Action:                          Next Action Date:              Next Action Room:

| Seq No | Statute | Grade | Description | Disposition |
|--------|---------|-------|-------------|-------------|
| 1 | 18 § 2706 | M1 | Terroristic Threats W/ Int To Terrorize Another | |
| 2 | 18 § 908 | M1 | Make Repairs/Sell/Etc Offens Weap | |
| 3 | 18 § 2701 | M2 | Simple Assault | |
| 99999 | 18 § 2709 | | Harassment - Subject Other to Physical Contact | Withdrawn |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense.  In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.