1    ROBERT M. SCHWARTZ (S.B. #117166)
      rschwartz@omm.com
2    VICTOR JIH (S.B. #186515)
      vjih@omm.com
3    HARRISON A. WHITMAN (S.B. #261008)
      hwhitman@omm.com
4    O'MELVENY & MYERS LLP
      1999 Avenue of the Stars, Seventh Floor
5    Los Angeles, California 90067-6035
      Telephone: (310) 553-6700

Attorneys for Defendant Gearbox Software, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMION PERRINE, and JOHN LOCKE, individually and on behalf of a class of similarly situated persons,<br><br>            Plaintiffs,<br>  v.<br><br>SEGA OF AMERICA, INC., and GEARBOX SOFTWARE, L.L.C.,<br><br>            Defendants. | Case No. 3:13-CV-01962 JD<br><br>**SUPPLEMENTAL DECLARATION OF ROBERT M. SCHWARTZ ON BEHALF OF DEFENDANT GEARBOX'S OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS CLAIMS AND WITHDRAW CLASS REPRESENTATIVE**<br><br>Hearing Date: October 29, 2014<br>Time: 9:30 a.m.<br>Courtroom: 11<br>Judge: Hon. James Donato |

I, ROBERT M. SCHWARTZ, do hereby declare as follows:

1. I am an attorney licensed to practice law in California and am a partner of O'Melveny & Myers LLP, counsel for defendant Gearbox Software. I submit this supplemental declaration as part of Gearbox's opposition to Plaintiffs' Motion to Dismiss. I have personal knowledge of the facts below and, if called as a witness, would competently testify to them.

2. On reading plaintiffs' August 20 reply brief filed in support of this motion, I realized that the URL to the Westmoreland County, Pennsylvania Court website concerning the incarceration of plaintiff Perrine, which appears in footnote 1 on page 2 of Gearbox's August 13 opposition brief (Dkt. 79), is wrong. The cite appearing there is:

> https://ujsportal.pacourts.us/DocketSheets/CourtSummaryReport.ashx?docketNumber=CP-65-CR-0001272-2014

3. In drafting Gearbox's brief, that footnote originally contained two URLs concerning Mr. Perrine's whereabouts. Because they are almost identical, they were assumed to be the same. As a result, during final editing, one was removed. That removed URL is:

> https://ujsportal.pacourts.us/DocketSheets/CPReport.ashx?docketNumber=CP-65-CR-0001272-2014

4. That is the URL I followed to learn that Mr. Perrine had been incarcerated in Pennsylvania since his June 7 arrest, and that was the basis for our stating that fact on page 2 of Gearbox's opposition. Attached here as Exhibit A is a true and correct copy of the web page that appears when navigating to that URL, which states under the heading "Confinement Information" that Mr. Perrine has been in custody there since June 7.

5. I am sorry that we made the mistake. Given that we did not discover it until after plaintiffs filed their reply brief, Gearbox has no objection to plaintiffs' filing a supplemental reply to address the information in Exhibit A, if they wish to.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed this 20th day of August 2014 at Los Angeles, California.

_____
Robert M. Schwartz

# EXHIBIT A

# COURT OF COMMON PLEAS OF WESTMORELAND COUNTY
## DOCKET



Docket Number: CP-65-CR-0001272-2014
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Roger Damion Perrine

Page 1 of 3

### CASE INFORMATION

| | | |
|---|---|---|
| Judge Assigned: Hathaway, Rita D. | Date Filed: 04/01/2014 | Initiation Date: 03/20/2014 |
| OTN: L 850266-4    LOTN: | Originating Docket No: MJ-10210-CR-0000113-2014 | |
| Initial Issuing Authority: James Albert Jr. | Final Issuing Authority: James Albert Jr. | |
| Arresting Agency: Greensburg City Police Dept | Arresting Officer: Rehak, Kevin M. | |
| Complaint/Incident #: 1402249 | | |
| Case Local Number Type(s) | Case Local Number(s) | |

### STATUS INFORMATION

| Case Status: | Active | Status Date | Processing Status | Complaint Date: | 03/20/2014 |
|---|---|---|---|---|---|
| | | 04/14/2014 | Awaiting Waiver | | |
| | | 04/14/2014 | Awaiting Formal Arraignment | | |
| | | 04/14/2014 | Awaiting Arraignment | | |
| | | 04/01/2014 | Awaiting Filing of Information | | |

### CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 05/14/2014 | 8:30 am | Courtroom 6 | Judge Alfred B. Bell | Cancelled |
| Trial | 12/01/2014 | 9:00 am | | | Scheduled |

### CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|
| 06/07/2014 | County Jail | Allegheny County Jail | | Yes |

### DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| Date Of Birth: | 02/20/1977 | City/State/Zip: | Greensburg, PA  15601 |

Alias Name
Perrine, Roger D.

### CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Perrine, Roger Damion |

### BAIL INFORMATION

**Perrine, Roger Damion**                                                                                                    Nebbia Status: None

| Bail Action | Date | Bail Type | Percentage | Amount | | |
|---|---|---|---|---|---|---|
| | | | | | Bail Posting Status | Posting Date |
| Set | 03/20/2014 | Unsecured | | $25,000.00 | | |

CPCMS 9082                                                                                                                        Printed:  08/20/2014

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF WESTMORELAND COUNTY
## DOCKET

Docket Number: CP-65-CR-0001272-2014
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Roger Damion Perrine

Page 2 of 3

### CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 2 | M1 | 18 § 2706 §§A1 | Terroristic Threats W/ Int To Terrorize Another | 03/18/2014 | L 850266-4 |
| 2 | 1 | M1 | 18 § 908 §§A | Make Repairs/Sell/Etc Offens Weap | 03/18/2014 | L 850266-4 |
| 3 | 3 | M2 | 18 § 2701 §§A3 | Simple Assault | 03/18/2014 | L 850266-4 |
| 99999 | 4 | | 18 § 2709 §§A1 | Harassment - Subject Other to Physical Contact | 03/18/2014 | L 850266-4 |

### DISPOSITION SENTENCING/PENALTIES

Disposition
  Case Event                                               Disposition Date                     Final Disposition
    Sequence/Description                              Offense Disposition               Grade    Section
      Sentencing Judge                                   Sentence Date                     Credit For Time Served
        Sentence/Diversion Program Type           Incarceration/Diversionary Period      Start Date
          Sentence Conditions

**Waived for Court (Lower Court)**     Defendant Was Present

| | | | |
|---|---|---|---|
| Lower Court Disposition | 03/27/2014 | Not Final | |
| 1 / Terroristic Threats W/ Int To Terrorize Another | Waived for Court (Lower Court) | M1 | 18 § 2706 §§ A1 |
| 2 / Make Repairs/Sell/Etc Offens Weap | Waived for Court (Lower Court) | M1 | 18 § 908 §§ A |
| 3 / Simple Assault | Waived for Court (Lower Court) | M2 | 18 § 2701 §§ A3 |
| 99,999 / Harassment - Subject Other to Physical Contact | Waived for Court (Lower Court) | | 18 § 2709 §§ A1 |

**Proceed to Court**     Defendant Was Not Present

| | | | |
|---|---|---|---|
| Information Filed | 04/14/2014 | Not Final | |
| 1 / Terroristic Threats W/ Int To Terrorize Another | Held for Court | M1 | 18 § 2706 §§ A1 |
| 2 / Make Repairs/Sell/Etc Offens Weap | Held for Court | M1 | 18 § 908 §§ A |
| 3 / Simple Assault | Held for Court | M2 | 18 § 2701 §§ A3 |
| 99,999 / Harassment - Subject Other to Physical Contact | Withdrawn | | 18 § 2709 §§ A1 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF WESTMORELAND COUNTY
## DOCKET



Docket Number: CP-65-CR-0001272-2014
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Roger Damion Perrine

Page 3 of 3

| **COMMONWEALTH INFORMATION** | **ATTORNEY INFORMATION** |
|---|---|
| Name: James Thomas Lazar | Name: John K. Sweeney |
| Assistant District Attorney | Public Defender |
| Supreme Court No: 307469 | Supreme Court No: 043225 |
| Phone Number(s): | Rep. Status: Active |
| 724-830-3949   (Phone) | Phone Number(s): |
| Address: | 724-830-3535   (Other) |
| Westmoreland CO Da's Ofc | Address: |
| 2 N Main St Ste 206 | Public Defender |
| Greensburg, PA  15601-2405 | Courthouse |
|  | Greensburg, PA  15601 |
|  | Representing: Perrine, Roger Damion |

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 03/20/2014 | | Albert, James Jr. |
| Bail Set - Perrine, Roger Damion | | | |
| 1 | 04/01/2014 | | Court of Common Pleas - Westmoreland County |
| Original Papers Received from Lower Court | | | |
| 1 | 04/07/2014 | | Commonwealth of Pennsylvania |
| Restitution Claim Form<br>    Victim - $0 | | | |
| 1 | 04/14/2014 | | Commonwealth of Pennsylvania |
| Information Filed | | | |
| 1 | 04/29/2014 | | Sweeney, John K. |
| Entry of Appearance | | | |
| 2 | 04/29/2014 | | Sweeney, John K. |
| Appearance and Waiver of Arraignment | | | |
| 3 | 04/29/2014 | | Sweeney, John K. |
| Informal Request for Pre-Trial Discovery and Inspection | | | |

CPCMS 9082                                                                                                       Printed: 08/20/2014

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.