Mark S. Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAMION PERRINE and JOHN LOCKE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE, L.L.C., a Texas limited liability company,<br><br>Defendants. | Case No. 3:13-cv-01962-JD<br><br>**STATUS REPORT AND STIPULATED REQUEST FOR CASE MANAGEMENT CONFERENCE**<br><br>Judge: Honorable James Donato<br>Action Filed: April 29, 2013 |

STIPULATED REQUEST FOR
CASE MANAGEMENT CONFERENCE

CASE NO. 3:13-cv-01962-JD

Plaintiffs Damion Perrine and John Locke (together, "Plaintiffs"), Defendant Gearbox Software, L.L.C. ("Gearbox"), and Defendant Sega of America, Inc. ("Sega") (collectively, "the Parties"), by and through their undersigned counsel, hereby submit the following joint status report and, pursuant to Local Rule 16-10(c) and by stipulation, respectfully request that the Court—at its convenience—hold a case management conference to address and reset certain deadlines in this case.

**STATUS REPORT**

As the Court is aware, this case has been in settlement posture for some time (since at least January of this year). As set forth in their February 3, 2014 joint status report, the Parties began discussing the possibility of settlement in late 2013 and, in January 2014, participated in an all-day mediation presided over by Judge Westerfield (Ret.) at JAMS's San Francisco offices. (Dkt. 48 at 2–3.) In conjunction with the settlement negotiations, Plaintiffs received central information about the case—including, for example, the contract between Sega and Gearbox concerning *Aliens: Colonial Marines*—although neither Defendant provided substantive responses to Plaintiff Perrine's discovery requests.[1] Thus, while no settlement was reached at the January 2014 mediation, the Parties continued negotiating and proposed a revised case schedule that allowed the Parties to conserve resources by avoiding, *inter alia*, the need to proceed with expert discovery, class certification, and dispositive motion practice that would become unnecessary if the Parties were to ultimately resolve the case through settlement. (*Id.* at 3.)

As a result of these efforts, and as indicated in the Parties' May 1, 2014 Joint Case Management Statement, Plaintiffs and Sega reached a settlement agreement in principle that would have resolved the litigation in its entirety (i.e., including Plaintiffs' claims against *both* Sega and Gearbox). (Dkt. 56 at 4.) Plaintiffs and Sega continued to finalize that agreement and expressed to the Court that they were committed to seeking preliminary approval of that global settlement. (*Id.*)

---

[1] Specifically, Sega did not provide any formal responses to Plaintiff's requests, and Gearbox responded on April 1, 2014 with objections, but did not provide substantive responses or any documents.

| STIPULATED REQUEST FOR CASE MANAGEMENT CONFERENCE | 2 | CASE NO. 3:13-cv-01962-JD |

Then, on June 19, 2014, the Parties filed an updated Joint Case Management Statement, in which they indicated that further motion practice and trial would be unnecessary because Plaintiffs and Sega had in fact memorialized and were in the process of executing their settlement agreement, which stood to resolve the case completely, (Dkt. 60 at 11).

On June 26, 2014, counsel for the Parties attended a case management conference. (Dkt. 64.)  At that conference, counsel for Plaintiff explained the broad terms of the memorialized global settlement to the Court. The Court, in turn, expressed concerns about the proposed agreement.  In the following month, Plaintiff Locke and Sega agreed to a partial class action settlement. On July 30, 2014, Gearbox moved for partial summary judgment, (Dkt. 66), and to strike the class allegations from the First Amended Complaint, (Dkt. 67).  On August 11, 2014, Plaintiffs and Sega moved for preliminary approval of their settlement. (Dkt. 78.) Gearbox is not a part of Plaintiffs' class settlement with Sega.

As they have indicated to the Court, Plaintiffs and Gearbox are in the process of informally addressing the discovery needs that Plaintiffs believe are necessary to respond to Gearbox's motion for partial summary judgment—so as to avoid the need for Plaintiffs to file a Rule 56(d) motion—as well as conferring on a schedule to receive Gearbox's broader, substantive discovery responses (which Gearbox had not formerly provided, due to the above-mentioned and previously anticipated global settlement). (Dkt. 73 at 2.)

As such, given Plaintiffs' and Gearbox's renewed efforts at moving forward with discovery in this matter and the present procedural posture of this case, the Parties recognize that there is a need to schedule a subsequent case management conference with the Court to address and reset certain deadlines in this matter. Those deadlines include, *inter alia*, deadlines related to Plaintiffs' motion for class certification, which, under the current schedule, is due to be filed on September 11, 2014 (i.e., prior to resolution of Gearbox's motions for partial summary judgment and to strike class allegations). (Dkt. 48 at 4.)

THEREFORE, the Parties hereby stipulate and agree, subject to Court approval, as follows:

**STIPULATION**

1. The Parties, by and through their undersigned counsel, hereby stipulate and respectfully request that the Court hold a case management conference to reset deadlines in this case, at the Court's convenience.

2. All case management deadlines set forth in the Court's February 4, 2014 Order, (Dkt. 49, at 4, nos. 1-10), are hereby vacated and will be reset following the case management conference requested by virtue of this stipulation.

3. All affected Parties agree to the stipulation as indicated by their signatures below. The parties respectfully request that the Court approve the stipulation pursuant to Civil L.R. 6-2, and enter an Order thereupon, pursuant to Civil L.R. 7-12.

Dated: August 21, 2014         EDELSON PC

                               By:   /s/ Benjamin S. Thomassen
                                     Benjamin S. Thomassen
                                     Attorney for Plaintiffs

Dated: August 21, 2014         O'MELVENY & MYERS LLP

                               By:   /s/ Robert M. Schwartz
                                     Robert M. Schwartz
                                     Attorney for Defendant
                                     Gearbox Software, L.L.C.

Dated: August 21, 2014         QUINN EMANUEL URQUHART &
                               SULLIVAN, LLP

                               By:   /s/ Claude M. Stern
                                     Claude M. Stern
                                     Attorney for Defendant
                                     Sega of America, Inc.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  DATED: _____

   _____
   THE HONORABLE JAMES DONATO
   United States District Judge

1
2
**ATTESTATION**

3   Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the
4   filing of this document has been obtained from the other signatories.

5
6   Dated: August 21, 2014                            /s/ Benjamin S. Thomassen

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  STIPULATED REQUEST FOR                  6                CASE NO. 3:13-cv-01962-JD
    CASE MANAGEMENT CONFERENCE