QUINN EMANUEL URQUHART OLIVER & SULLIVAN, LLP
Claude N. Stern (Bar No. 96737)
claudestern@quinnemanuel.com
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Karin A. Kramer (Bar No. 87346)
karinkramer@quinnemanuel.com
Jenny L. Grantz (Bar No. 287960)
jennygrantz@quinnemanuel.com
50 California St., 22nd Fl.
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Sega of America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOCKE and DAMION PERRINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE L.L.C., a Texas limited liability company,<br><br>Defendant. | CASE NO. 3:13-cv-01962-JD<br><br>**SEGA OF AMERICA'S APPLICATION TO SEAL**<br><br>Judge: Hon. James Donato<br>Hearing Date: October 29, 2014<br>Time: 9:30 a.m.<br>Courtroom: 11 |

Pursuant to Civil Local Rule 79-5, Defendant Sega of America, Inc. ("Sega") hereby requests an order permitting Sega to file under seal the exhibits to John Cheng's Declaration in Support of Sega's Reply in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement ("Cheng Declaration"). In support of this Administrative Motion to File Under Seal, Sega submits for the Court's consideration the Declaration of Jerusha Herman filed concurrently herewith.

Pursuant to Civil Local Rule 79-5, Sega is submitting the entirety of the following documents under seal. These documents are related to written agreements between Sega and Defendant Gearbox Software, LLC ("Gearbox"). By the express terms of the agreements, Sega is required not to disclose the material in these documents, as it is designated "Confidential Information" pursuant to the agreements between Sega and Gearbox. Sega supports the sealing of only certain portions of these documents. Sega is submitting to the Court copies of these documents with these portions redacted. Sega understands that Gearbox may provide additional information to support the sealing of additional portions of these documents. These documents include:

a. **Exhibit A** to the Cheng Declaration, the Master Services Agreement between Sega of America, Inc. and Gearbox Software, LLC, entered into on May 1, 2012.

b. **Exhibit B** to the Cheng Declaration, the First Amendment to the Master Services Agreement between Sega of America, Inc. and Gearbox Software, LLC, entered into on July 20, 2012.

c. **Exhibit C** to the Cheng Declaration, the Development Agreement between Sega of America, Inc. and Gearbox Software, LLC, entered into on October 5, 2006.

d. **Exhibit D** to the Cheng Declaration, the Third Amendment to the Development Agreement between Sega of America, Inc. and Gearbox Software, LLC, entered into on October 22, 2010.

e. **Exhibit E** is to the Cheng Declaration, the Fourth Amendment to the Development Agreement between Sega of America, Inc. and Gearbox Software, LLC, entered into on June 27, 2011.

f. **Exhibit M** to the Cheng Declaration, a July 27, 2011 email from Matthew Powers to Richard Tawn and others at Sega regarding the E3 demo of ACM.

g. **Exhibit P** to the Cheng Declaration, an October 1, 2012 email string with Kerstin Mueller, Daniel Gallardo, and others at Sega regarding the NYCC press event.

h. **Exhibit Q** to the Cheng Declaration, an October 26, 2012 email from Rowan Tafler to Kerstin Mueller and others at Sega regarding the NYCC press event.

i. **Exhibit R** to the Cheng Declaration, an October 16, 2012 email from Matt Eyre to Tafler Rowan and others at Sega regarding the NYCC press event.

j. **Exhibit S** to the Cheng Declaration, a March 5, 2011 email from Ben Payne of Sega to Steve Gibson and Adam Fletcher of Gearbox, and others, attaching a "Proposition Document" for ACM.

k. **Exhibit U** to the Cheng Declaration, the minutes of the January 24, 2010 Marketing Summit between Sega of America, Inc. and Gearbox Software, LLC.

l. **Exhibit V** to the Cheng Declaration, the minutes of the December 7, 2010 Marketing Summit between Sega of America, Inc. and Gearbox Software, LLC.

Sega has also submitted a highlighted version of the Reply. The highlighting identifies portions of the Motion that quote any portion of the agreements, that Sega is required not to disclose. Sega does not affirmatively seek to seal these highlighted portions. However, Sega understands that Gearbox may submit additional information to support the redaction of the Motion.

DATED: September 2, 2014                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Claude M. Stern*
    Claude M. Stern

    Attorneys for Defendant Sega of America, Inc.