Mark S. Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LOCKE and DAMION PERRINE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE, L.L.C., a Texas limited liability company,<br><br>*Defendants*. | Case No. 3:13-cv-01962-JD<br><br>**DECLARATION OF BENJAMIN S. THOMASSEN IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5**<br><br>Judge: Honorable James Donato<br>Action Filed: April 29, 2013 |

Pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1.   I am over the age of 18 and fully competent to make this Declaration. This Declaration is based upon my personal knowledge, except where expressly noted otherwise.

2.   I am an attorney at Edelson PC, which has been retained to represent Plaintiff John Locke in this matter.

3.   Plaintiff's Motion for Class Certification (the "Motion") will be filed

DECLARATION OF B. THOMASSEN                                                         CASE NO. 3:13-cv-01962-JD

contemporaneously with Plaintiff's Administrative Motion to File Documents Under Seal. Attached to the Motion are the following documents that Plaintiff seeks to file under seal in their entirety:

- Exhibit C ("Development Agreement") to the Balabanian Decl. contains excerpts of a 146-page document produced by Gearbox during discovery, which sets forth the Development Agreement entered into between Gearbox and Sega, along with several amendments to that Agreement. The entire document has been designated as "Attorneys' Eyes Only" by Gearbox pursuant to the Protective Order.

- Exhibit D ("Gibson Tr.") to the Declaration of Rafey Balabanian in Support of Motion for Class Certification ("Balabanian Decl.") is a document containing excerpts from the Deposition Transcript of Gearbox Rule 30(b)(6) designee, Steve Gibson. The entirety of the Deposition Transcript has been designated as "Attorneys' Eyes Only" by Defendants Sega of America, Inc. ("Sega") and Gearbox Software, LLC ("Gearbox") (collectively, "Defendants") pursuant to the Stipulated Protective Order ("Protective Order") entered by the Court on December 13, 2013 (*see* Dkt. 45).

- Exhibit E ("Bahl Tr.") to the Balabanian Decl. is a document containing excerpts from the Deposition Transcript of Gearbox Rule 30(b)(6) designee, Stephen Bahl. The entirety of the Deposition Transcript has been designated as "Attorneys' Eyes Only" by Sega and Gearbox pursuant to the Protective Order.

- Exhibit F ("ACM Trailer Timeline") to the Balabanian Decl. is a document containing information about the video trailers released by Sega to promote the Aliens: Colonial Marines video game. The ACM Trailer Timeline was produced by Defendants' counsel on an informal basis (i.e., not in response to any particular discovery request) on January 13, 2014, and has been designated as "Attorneys' Eyes Only" by Sega and Gearbox pursuant to the Protective Order.

4. Good cause exists for Plaintiff's request to file the above-referenced documents

1 under seal in their entirety because the documents have been designated as "Attorneys' Eyes Only"
2 by Sega and/or Gearbox pursuant to the Protective Order entered by the Court on December 13,
3 2013 (*see* Dkt. 45).

4     5.    Further, Plaintiff's Motion references the above-described documents (*supra*, ¶ 3)
5 and also references Dkts. 93-22, 93-24, and 93-25, which are exhibits that are the subject of an
6 Administrative Motion to Seal, filed by Sega, that is currently pending before the Court, (*see* Dkt.
7 92). Those portions of Plaintiff's Motion that reference to these documents and filings have been
8 redacted as appropriate. Accordingly, Plaintiff seeks to file portions of his Motion under seal.

9     6.    Good cause exists for Plaintiff's request to file portions of his Motion under seal
10 because the above-referenced exhibits have been designated as indicated above (*supra*, ¶ 3) or as
11 "Confidential Information" by Sega, as asserted in its Motion to Seal, (Dkt. 92).

12     7.    A chart of all the documents Plaintiff seeks to file under seal through this Motion is
13 attached hereto as Exhibit 1.

14     8.    Under the terms of the Protective Order, the Parties are obligated to follow the
15 procedures set forth in Civil Local Rule 79-5 for filing appropriately designated documents and
16 information under seal.

17     9.    Plaintiff has not included a Stipulation with his Administrative Motion to File
18 Documents Under Seal because it would require circulating to, and/or discussing with, Defendants'
19 counsel detailed information and arguments contained in Plaintiff's Motion prior to its filing.

20     I declare under penalty of perjury that the foregoing is true and correct.
21 Executed on September 11th, 2014 in Chicago, Illinois.

22                                               /s/ Benjamin S. Thomassen
23                                               Benjamin S. Thomassen