Mark S. Eisen (SBN - 289009)
meisen@edelson.com
EDELSON PC
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Rafey S. Balabanian (Admitted *Pro Hac Vice*)
rbalabanian@edelson.com
Christopher L. Dore (Admitted *Pro Hac Vice*)
cdore@edelson.com
Benjamin S. Thomassen (Admitted *Pro Hac Vice*)
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Class*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN LOCKE and DAMION PERRINE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE, L.L.C., a Texas limited liability company,<br><br>*Defendants*. | Case No. 3:13-cv-01962-JD<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 7-11 AND 79-5**<br><br>Judge: Honorable James Donato<br>Action Filed: April 29, 2013 |

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiffs John Locke and Damion Perrine, in connection with Plaintiffs' concurrently-filed Opposition to Defendant Gearbox Software, L.L.C.'s Motion for Partial Summary Judgment, submit this Administrative Motion to file certain documents under seal, either in whole or in part, and will lodge with the Clerk copies of the following materials that have been designated as "Attorneys' Eyes Only" by Defendants Sega of America, Inc. ("Sega") and Gearbox Software, LLC ("Gearbox") (collectively "Defendants") or otherwise contain private

and protected information under the December 13, 2013 Stipulated Protective Order (Dkt. 45).

I.  Plaintiffs seek to file the following "entire" documents under seal pursuant to Civil L.R. 79-5(b) and (d) and will lodge the same with the Clerk:

- Exhibit A ("Development Agreement Excerpts") to the Declaration of Rafey Balabanian ("Balabanian Decl.") in Support of Plaintiffs' Opposition to Defendant Gearbox Software, LLC's Motion for Partial Summary Judgment ("Plaintiffs' Opposition"). This document is described in the Declaration of Benjamin S. Thomassen in Support of Plaintiffs' Administrative Motion to File Documents Under Seal, filed contemporaneously herewith. Exhibit A has been designated as "Attorneys' Eyes Only" by Sega and Gearbox.

- Exhibit B ("Master Services Agreement") to the Balabanian Decl. This document is described in the Declaration of Benjamin S. Thomassen in Support of Plaintiffs' Administrative Motion to File Documents Under Seal, filed contemporaneously herewith. Exhibit B has been designated as "Attorneys' Eyes Only" by Sega and Gearbox.

- Exhibit C ("Gibson Trans.") to the Balabanian Decl. in Support of Plaintiffs' Opposition This document is described in the Declaration of Benjamin S. Thomassen in Support of Plaintiffs' Administrative Motion to File Documents Under Seal, filed contemporaneously herewith. Exhibit C has been designated as "Attorneys' Eyes Only" by Sega and Gearbox.

- Exhibit D ("Third Amendment to Development Agreement") to the Balabanian Decl. This document is described in the Declaration of Benjamin S. Thomassen in Support of Plaintiffs' Administrative Motion to File Documents Under Seal, filed contemporaneously herewith. Exhibit D has been designated as "Attorneys' Eyes Only" by Sega and Gearbox.

- Exhibit E ("Fourth Amendment to Development Agreement") to the Balabanian

Decl. This document is described in the Declaration of Benjamin S. Thomassen in Support of Plaintiffs' Administrative Motion to File Documents Under Seal, filed contemporaneously herewith. Exhibit E has been designated as "Attorneys' Eyes Only" by Gearbox.

- Exhibit F ("Bahl Trans.") to the Balabanian Decl. This document is described in the Declaration of Benjamin S. Thomassen in Support of Plaintiffs' Administrative Motion to File Documents Under Seal, filed contemporaneously herewith. Exhibit F has been designated as "Attorneys' Eyes Only" by Sega and Gearbox.

- Exhibit G ("Royalty Statement") to the Balabanian Decl. This document is described in the Declaration of Benjamin S. Thomassen in Support of Plaintiffs' Administrative Motion to File Documents Under Seal, filed contemporaneously herewith. Exhibit G has been designated as "Attorneys' Eyes Only" by Gearbox.

II. Plaintiffs seek to file the file portions of the following documents under seal pursuant to Civil L.R. 79-5(c) and (d) and will lodge the same with the Clerk:

- Plaintiffs' Opposition to Defendant Gearbox Software, LLC's Motion for Partial Summary Judgment, which contains references to information that has been designated as "Confidential Information" by Sega, as asserted in Sega's Motion to Seal Documents currently pending before the Court (Dkt. 92), or that has been other marked as "Attorneys' Eyes Only" by Sega and/or Gearbox, as described *supra*, § I.

Good causes exists for allowing Plaintiffs to file the above-referenced documents under seal. As set forth in the Declaration of Benjamin S. Thomassen in Support of Plaintiffs' Administrative Motion to File Documents Under Seal, each has been designated as Confidential or "Attorneys' Eyes Only" by one or both Defendants pursuant to the Stipulated Protective Order ("Protective Order") entered in this litigation, or otherwise reference information that Defendants have indicated is confidential pursuant to that Order. (*See* Dkt. 45.) The Protective Order, which was signed by the Court on December 13, 2013, acknowledges that certain confidential, proprietary, or private

information may be disclosed during the course of discovery and that the Parties shall follow the procedures set forth in Civil L.R. 79-5 for filing documents under seal.

"Protective orders and filings under seal are the primary means by which the courts ensure full disclosure of relevant information, while still preserving the parties' (and third parties') legitimate expectation that confidential business information, proprietary technology and trade secrets will not be publicly disseminated." *In re Adobe Sys., Inc., Sec. Litig.*, 141 F.R.D. 155, 161-62 (N.D. Cal. 1992) (citing *Johnson Controls, Inc. v. Phoenix Control Sys.*, 886 F.2d 1173, 1176 (9th Cir. 1989). A court may order the sealing of court records when they contain confidential or otherwise sensitive business information. *See IMAX Corp. v. Cinema Tech, Inc.*, 152 F.3d 1161, 1168 (9th Cir. 1998) (noting that confidential and proprietary business information is "to be filed under seal"); *see also In re Dual-Deck Video Cassette Recorder Antitrust Litig.*, 10 F.3d 693, 694 (9th Cir. 1993) (stating that it "is common now in business litigation" to seal confidential business information by a stipulated protective order).

The sole basis for sealing the above-referenced documents is that Defendants have designated the documents as confidential and/or subject to the Protective Order. Thus, Plaintiffs' Administrative Motion to File Documents Under Seal is informed by Civil Local Rule 79-5(e). Pursuant to Local Rule 79-5(e), within four days after Plaintiffs' lodging of the documents set forth above, Defendants must file with the Court and serve a declaration establishing that the above-identified information is in fact sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality.

Plaintiffs will lodge with the Clerk both sealed and unsealed, and redacted and unredacted, versions of the above-referenced documents in compliance with Civil L.R. 79- 5(d). A chart identifying the documents and portions of documents proposed to be sealed is attached as Exhibit 1.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter an Order granting Plaintiffs' Administrative Motion to File Documents Under Seal.

| | |
|---|---|
| Dated: September 25, 2014 | **DAMION PERRINE and JOHN LOCKE**, individually and on behalf of a class of similarly situated individuals, |
| | By: /s/ Benjamin S. Thomassen<br>        One of Plaintiffs' Attorneys |
| | Mark S. Eisen (SBN - 289009)<br>meisen@edelson.com<br>EDELSON PC<br>555 West Fifth Street, 31st Floor<br>Los Angeles, California 90013<br>Tel: 213.533.4100<br>Fax: 213.947.4251 |
| | Rafey S. Balabanian (Admitted *Pro Hac Vice*)<br>rbalabanian@edelson.com<br>Christopher L. Dore (Admitted *Pro Hac Vice*)<br>cdore@edelson.com<br>Benjamin S. Thomassen (Admitted *Pro Hac Vice*)<br>bthomassen@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 |
| | *Attorneys for Plaintiffs and the Putative Class* |