1  ROBERT M. SCHWARTZ (S.B. #117166)
       rschwartz@omm.com
2  VICTOR JIH (S.B. #186515)
       vjih@omm.com
3  HARRISON A. WHITMAN (S.B. #261008)
       hwhitman@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, Seventh Floor
5  Los Angeles, California  90067-6035
   Telephone:     (310) 553-6700

Attorneys for Defendant Gearbox Software, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DAMION PERRINE, and JOHN LOCKE, individually and on behalf of a class of similarly situated persons,<br><br>            Plaintiffs,<br>    v.<br><br>SEGA OF AMERICA, INC., and GEARBOX SOFTWARE, L.L.C.,<br><br>            Defendants. | Case No. 3:13-CV-01962 JD<br><br>**DEFENDANT GEARBOX SOFTWARE, LLC'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hearing Date:   November 12, 2014<br>Time:           9:30 a.m.<br>Courtroom:      11<br>Judge:          Hon. James Donato |

Pursuant to Civil Local Rule 79-5, Gearbox Software hereby requests an order permitting it to file under seal Exhibits to the Declaration of Harrison A. Whitman on Behalf of Gearbox Software's Opposition to Plaintiffs' Motion for Class Certification ("Whitman Opposition Decl."). In support of this Administrative Motion, Gearbox submits the Declaration of Harrison A. Whitman filed concurrently herewith.

Pursuant to Local Rule 79-5, Gearbox is submitting the entirety of the following documents under seal:

- Exhibit A to the Whitman Opposition Decl.: Exhibit A is a graph that O'Melveny created reflecting the GameStop pre-order figures for *Aliens: Colonial Marines* ("ACM") from January 2012 through February 2, 2013.
- Exhibit B to the Whitman Opposition Decl.: Exhibit B contains excerpts from the deposition of Gearbox's 30(b)(6) witness on certain topics, Stephen Bahl.
- Exhibit C to the Whitman Opposition Decl.: Exhibit C is Exhibit 12 from Mr. Bahl's 30(b)(6) deposition, containing information about demonstrations of ACM between 2011 and 2013.
- Exhibit E to the Whitman Opposition Decl.: Exhibit E contains excerpts from the deposition of plaintiff Damion Perrine.

Good cause exists for allowing Gearbox to file the above-referenced exhibits under seal. As set forth in the Declaration of Harrison A. Whitman on Behalf of Gearbox's Administrative Motion To File Documents Under Seal. For Exhibit A, the information reflected in the graph is derived from documents designated "Confidential" and "Attorneys Eyes Only" under the Stipulated Protective Order because the information contained therein is highly confidential business information related to Sega's sale of *Aliens: Colonial Marines* as well as Gearbox's development of the software. *See* Dkt. 45. Exhibit B contains excerpts of a 30(b)(6) witness deposition that Gearbox designated the "Attorneys Eyes Only" because the topics requested and information elicited during the deposition constitute highly confidential and sensitive business information about Gearbox's business practices and its work. This includes the excerpts in Exhibit B. Exhibit C also contains sensitive and confidential business information related to

1  Gearbox's development of ACM, including development dates for the software.  The Protective
2  Order acknowledges that confidential, proprietary, or private information may be disclosed during
3  the course of discovery and that the parties shall follow the procedures set forth in Civil Local
4  Rule 79-5 for filing documents under seal.

5  "Protective orders and filings under seal are the primary means by which the courts ensure
6  full disclosure of relevant information, while still preserving the parties' (and third parties')
7  legitimate expectation that confidential business information, proprietary technology and trade
8  secrets will not be publicly disseminated." *In re Adobe Sys., Inc., Sec. Litig.*, 141 F.R.D. 155,
9  161- 62 (N.D. Cal. 1992) (citing *Johnson Controls, Inc. v. Phoenix Control Sys.*, 886 F.2d 1173,
10 1176 (9th Cir. 1989); *Henry Hope X-Ray Products v. Marron Carrel, Inc.,* 674 F.2d 1336, 1343
11 (9th Cir. 1982)). Sealing is appropriate when records contain confidential or otherwise sensitive
12 business information. *See IMAX Corp. v. Cinema Tech, Inc.*, 152 F.3d 1161, 1168 n.9 (9th Cir.
13 1998) (noting that confidential and proprietary business information is "to be filed under seal").

14 Exhibit E contains excerpts from the October 7, 2014 deposition of plaintiff Perrine.
15 Plaintiffs have not designated Mr. Perrine's deposition as confidential, but given the timing of the
16 deposition, Gearbox provisionally submits Exhibit E under seal as a courtesy to plaintiffs and in
17 an abundance of caution.

18 Gearbox will lodge both redacted and unredacted versions of the Opposition to Plaintiffs'
19 Motion for Class Certification, and unredacted versions of the above-referenced documents.  A
20 chart identifying the documents proposed to be sealed is attached as Exhibit 1.

22 Dated: October 9, 2014.                    Respectfully submitted,

23                                             ROBERT M. SCHWARTZ
                                               VICTOR JIH
24                                             HARRISON A. WHITMAN
                                               O'MELVENY & MYERS LLP
25

26                                             By: */s/ Robert M. Schwartz*
                                                    Robert M. Schwartz
27
                                               Attorneys for Defendant Gearbox Software
28