UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date:  October 21, 2014                                                                         Judge:  James Donato

Time: 9 Minutes

Case No.        **C-13-01962-JD**
Case Name    **Perrine v. Sega of America, Inc. et al**

Attorney(s) for Plaintiff(s):      Rafey S. Balabanian/Ben Thomassen
Attorney(s) for Defendant(s):  Victor Jih/Robert Schwartz/Harrison Witman for Gearbox
                                              Counsel for Sega of America failed to appear

Deputy Clerk:  Lisa Clark

## PROCEEDINGS

Telephonic Discovery Hearing Re Dkt. 98 - Held
Telephonic Status Conference - Held

## RESULT OF HEARING

On the Gearbox production issue raised by plaintiffs in their discovery letter (Dkt. No. 98), the Court orders the parties to get in place by this Friday, October 24, 2014 (1) an agreement about Gearbox's supplemental responses and (2) a timetable with concrete dates specifying the categories of documents Gearbox is going to produce and when production will be made.

The Court vacates the hearings on the four motions that were set to be heard on October 29, 2014 at 9:30 a.m.  The Court will instead hear at that time (*i.e.*, at 9:30 a.m. on October 29, 2014) oral argument relating to the attorney-client privilege waiver issue raised by the new discovery letter filed by Gearbox at Dkt. No. 114.  Plaintiffs are to file their response (not to exceed three pages and otherwise in the format called for by the Court's civil discovery standing order) by 12 p.m. on October 27, 2014.  Any submissions filed after that time will not be considered.

The motion for class certification set to be heard on November 12, 2014 remains on calendar.

The Court expresses concerns about the manner in which the class issues in this case have been handled so far.  The Court will consequently decide the class certification motion first, before taking up the other pending motions that were previously set to be heard on October 29.