QUINN EMANUEL URQUHART & SULLIVAN, LLP
Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
Evette D. Pennypacker (Bar No. 203515)
evettepennypacker@quinnemanuel.com
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, California  94065
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Jenny L. Grantz (Bar No. 287960)
  jennygrantz@quinnemanuel.com
50 California St., 22nd Fl.
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorney for Sega of America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN LOCKE and DAMION PERRINE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SEGA OF AMERICA, INC., a California corporation, and GEARBOX SOFTWARE L.L.C., a Texas limited liability company,<br><br>　　　　　Defendant. | CASE NO. 3:13-cv-01962-JD<br><br>**SEGA OF AMERICA, INC.'S NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE COURT, PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Sega of America, Inc., hereby substitutes Evette D. Pennypacker of Quinn Emanuel Urquhart & Sullivan, LLP, 555 Twin Dolphin Dr., 5th Fl., Redwood Shores, CA 94065, as attorney of record in place of Karin A. Kramer. Ms. Pennypacker is admitted to practice before this Court. Claude M. Stern and Jenny L. Grantz continue to represent Sega of America, Inc. in this matter. Sega of America, Inc. requests that Ms. Kramer be removed from the service list.

DATED:  February 6, 2015        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Evette D. Pennypacker
Evette D. Pennypacker
Attorney for Defendant
Sega of America, Inc.