UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMION PERRINE,<br><br>   Plaintiff,<br><br>   v.<br><br>SEGA OF AMERICA, INC., et al.,<br><br>   Defendants. | Case No. 13-cv-01962-JD<br><br>**ORDER RE PENDING MOTIONS AND SETTING CASE MANAGEMENT CONFERENCE AND DISCOVERY HEARING**<br><br>Dkt. Nos. 66, 67, 69, 78 |

The Court previously informed the parties that it would decide the class certification motion (Dkt. No. 95) first, before taking up the other pending motions, because of concerns regarding the manner in which the class issues have been handled in this case.  Dkt. No. 115.  The Court consequently denies the following motions without prejudice, and expressly notes the motions may be renewed, if warranted, following the class certification decision:  Gearbox's motion for partial summary judgment (Dkt. No. 66); Gearbox's motion to strike class allegations (Dkt. No. 67); plaintiffs' motion to dismiss claims and withdraw as class representative (Dkt. No. 69); and plaintiffs' motion for preliminary approval of partial class action settlement (Dkt. No. 78).

The Court further sets a case management conference for May 13, 2015, at 1:30 p.m., with a joint case management statement due by May 6, 2015, by which time the Court will have issued its decision on plaintiffs' class certification motion (Dkt. No. 95) and Gearbox's motion to dismiss or for judgment on the pleadings (Dkt. No. 130).

//

//

//

1   The Court will also hear and resolve the pending discovery dispute letters (Dkt. Nos. 158,
2   159) on May 13, 2015, at 1:30 p.m., and briefly stays discovery in the interim.
3   **IT IS SO ORDERED.**
4   Dated: March 31, 2015

_____
JAMES DONATO
United States District Judge