UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMION PERRINE,<br><br>    Plaintiff,<br><br>    v.<br><br>SEGA OF AMERICA, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-01962-JD<br><br>**ORDER OF CONDITIONAL DISMISSAL AS TO DEENDANT GEARBOX ONLY**<br><br>Re: Dkt. No. 166 |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case as to defendant Gearbox,

**IT IS HEREBY ORDERED** that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within **ninety** days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: May 29, 2015

_____
JAMES DONATO
United States District Judge